AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

Southern **DISTRICT OF** Texas
Brownsville

United States District Court
Southern District of Texas
FILED

NOV 12 1996

Michael N. Milby, Clerk

EDWARD ALCALA, et al.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: **B-96-203**

ALEX PEREZ, in his official capacity as Sheriff of Cameron County, Texas and Cameron County Texas

**TO:** (Name and address of defendant)

Cameron County and
Alex Perez, Sheriff
954 E. Harrison St.
Brownsville, Texas

Richard Burst Attorney for
Cameron County and Alex Perez
974 East Harrison St.
Brownsville, Texas 78520

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joe Valle Attorney at Law
Patricia A. Hernandez
1120 East Tenth Street
Brownsville, Texas 78520

George P. Powell
Hinojosa & Pawell, P.C.
5921 N. 23rd
McAllen, Texas 78504

James Herman
802 E. Harrison, Ste. 14
Harlingen, Texas 78551-2541

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| CLERK | DATE |
|---|---|
| Michael N. Milby, Clerk | 11-8-96 |

(BY) DEPUTY CLERK: Marion Garza