UITED STATES
SOUTHERN DISTRICT OF TEXAS
ENTERED

NOV 2 5 1996

Michael N. Milby, Clerk
By Deputy:

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

NOV 1 9 1996

Michael N. Milby, Clerk

| | | |
|---|---|---|
| EDWARD ALCALA, et al., | § | |
| | § | |
| Plaintiffs, | § | CIVIL ACTION NO. B-96-203 |
| | § | |
| | § | |
| vs. | § | |
| | § | **ORDER SETTING HEARING** |
| ALEX PEREZ, in his official capacity | § | |
| as Sheriff of Cameron County, Texas | § | |
| and Cameron County, Texas. | § | |
| | § | |
| Defendants. | § | |

### ORDER SETTING HEARING

You are hereby notified that hearing on the foregoing MOTION FOR PROTECTIVE ORDER will be held on *20th* day of *November*, 1996, at *2:30* o'clock *p.*m. in Brownsville, Texas.

PRESIDING JUDGE