6

| | |
|---|---|
| COURTROOM MINUTES | |
| MAGISTRATE  FIDENCIO G. GARZA, JR.  PRESIDING | United States District Court Southern District of Texas FILED |
| COURTROOM CLERK  GUADALUPE VEGA | |
| COURT REPORTER/TAPE NO.:  GABRIEL MENDIETA, ERO | NOV 20 1996 |
| LAW CLERK  PAUL HAJJAR | Michael N. Milby, Clerk |
| INTERPRETER | |
| U. S. MARSHAL  ALAN FRY, CSO | DATE: NOVEMBER 20, 1996 |

CIVIL ACTION NO. B-96-203

EDWARD ALCALA, ET AL                      GEORGE POWELL

                                          PATRICIA HERNANDEZ

VS.

ALEX PEREZ, IN HIS OFFICIAL CAPACITY AS

SHERIFF OF CAMERON COUNTY, TEXAS AND

CAMERON COUNTY, TEXAS                     RICHARD O. BURST, Assistant County Attorney

DOCKET ENTRY: PROCEEDING    HEARING ON MOTION FOR PROTECTIVE ORDER

HEARING ON MOTION FOR PROTECTIVE ORDER HELD WITH THE ABOVE-NAMED COUNSEL. PLAINTIFFS PRESENTED ARGUMENTS ON THEIR MOTION. DEFENDANTS RESPONDED. COURT FINDS THAT RULING ON THIS MOTION WOULD BE PREMATURE AT THIS TIME. HEARING ON THIS MOTION CONTINUED TO DECEMBER 18, 1996 AT 2:30 PM

COUNTY PERSONNEL OFFICER, PRESENT IN THE COURTROOM, AGREES NOT TO COLLECT FORMS FROM SHERIFF'S DEPARTMENT UNTIL FURTHER ORDER.