IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC  9 1996

Michael N. Milby
Clerk of Court

| | |
|---|---|
| EDWARD ALCALA, et.al., ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NUMBER B-96-203 |
| ) | |
| ALEX PEREZ, in his official capacity ) | |
| as Sheriff of Cameron County, Texas, ) | |
| and CAMERON COUNTY, TEXAS, ) | JURY DEMAND |
| Defendant. ) | |

## UNOPPOSED MOTION FOR
## ENLARGEMENT OF TIME TO PLEAD OR ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes, Defendant Cameron County (one and the same as Alex Perez in is official capacity) moves the Court for an enlargement to ten days from and after December 9, 1996, in which to file its Answer, and in support thereof shows:

1. This motion is timely in that Summons was served on Gilberto Hinojosa, County Judge, as required by Rule 4(j)(2) of the FRCP and V.T.C.A., C.P.& R. Code, Section 17.024(a) on November 19, 1996, and that the answer or other pleading is due by the close of business on December 9, 1996.

2. The undersigned has discussed this Motion For Enlargement Of Time To Answer with James Herrmann, Attorney for Plaintiffs, and is authorized to state that Plaintiffs do not oppose a ten day enlargement of time to answer or plead.

3. The reason for this motion is that the undersigned for personal reasons has been out of the office for most of the last two weeks and has not fully researched issues necessary to plead. Additionally, there are over two hundred plaintiffs in this case.

WHEREFORE, premises considered Defendant prays this Court grant this unopposed motion and allow it an additional ten days until the close of business on December 19, 1996, to answer or plead.

>LUIS V. SAENZ
>CAMERON COUNTY ATTORNEY
>Cameron County Courthouse
>974 East Harrison Street
>Brownsville, Texas 78520
>Telephone: 210/544-0849
>
>BY: _____
>Richard O. Burst
>Attorney In Charge
>Assistant County Attorney
>Texas State Bar #00785586
>S.D. No. 15515
>
>Dylbia L. Jefferies
>Of Counsel
>Assistant County Attorney
>Texas State Bar #00786515
>S.D. No. 17065

## CERTIFICATE OF SERVICE

I, Richard O. Burst do hereby certify that a true and correct copy of the foregoing Motion has been mailed to Plaintiff's Attorney, James R. Herrmann, 802 E. Harrison, Suite 14, Harlingen, Texas 78551-2541 on this ___7___ of December, 1996.

_____
Richard O. Burst