United States District Court
Southern District of Texas
FILED

DEC 18 1996

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDWARD ALCALA, et.al., | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NUMBER B-96-203 |
| | ) | |
| ALEX PEREZ, in his official capacity | ) | |
| as Sheriff of Cameron County, Texas, | ) | |
| and CAMERON COUNTY, TEXAS, | ) | JURY DEMAND |
|     Defendant. | ) | |

## UNOPPOSED MOTION TO SUBSTITUTE COUNSEL FOR DEFENDANT CAMERON COUNTY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Richard O. Burst, Attorney in Charge for Defendant Cameron County, in the above-entitled and numbered cause, and files this Unopposed Motion to Substitute Counsel for Cameron County in the following particulars:

For Defendant Cameron County:

Commissioners Court Civil Legal Department
964 East Harrison Street
Brownsville, Texas 78528
(210) 550 1448
(210) 544 0801 Facsimile

RICHARD O. BURST
Attorney In Charge
Texas State Bar # 00785586
S.D. No. 15515

Dylbia L. Jefferies
Of Counsel
Texas State Bar # 00786515
S.D. No. 17065

In place of:

    LUIS V. SAENZ
    CAMERON COUNTY ATTORNEY
    Cameron County Courthouse
    974 East Harrison Street
    Brownsville, Texas 78520

    Richard O. Burst
    Assistant County Attorney
    Texas State Bar #00785586
    S.D. No. 15515

    Dylbia L. Jefferies
    Of Counsel
    Assistant County Attorney
    Texas State Bar # 00786515
    S.D. No. 17065

    On December 17, 1996, the Cameron County Commissioners Court by resolution established the Civil Legal Department of the Commissioners Court to represent the County in its general legal business and to conduct its ordinary civil actions, effective December 19, 1996, and at that same meeting authorized and directed the substitution of counsel as above set forth.

    The purpose of this substitution is not for delay and should cause no delay because the attorney in charge and attorney of counsel for the County remains the same.

    The undersigned has conferred with counsel for Plaintiff and with counsel for the other Defendants, if any, and they have no objection to this Motion To Substitute Counsel.

    WHEREFORE, Defendant, Cameron County, by vote of the Cameron County Commissioners Court, respectfully prays the Court grant this Motion and make the substitution as above set forth.

                                              For Defendant Cameron County:

                                              Commissioners Court Civil Legal Department
                                              964 East Harrison Street

Brownsville, Texas 78528
(210) 550 1448
(210) 544 0801 Facsimile

_____
RICHARD O. BURST
Attorney In Charge
Texas State Bar # 00785586
S.D. No. 15515

Dylbia L. Jefferies
Of Counsel
Texas State Bar # 00786515
S.D. No. 17065

This Substitution of Counsel For Cameron County, Texas, was approve by vote on the Cameron County Commissioners Court at its regular meeting on December 17, 1996.

_____
Gilberto Hinojosa
County Judge for Cameron County

S.D. No. 17065

## CERTIFICATE OF SERVICE

I, Richard O. Burst do hereby certify that a true and correct copy of the foregoing Motion has been mailed to Plaintiff's Attorney in open court on this 18th of December, 1996.

_____
Richard O. Burst

S.D. No. 17065

## CERTIFICATE OF SERVICE

I, Richard O. Burst do hereby certify that a true and correct copy of the foregoing Motion has been mailed to Plaintiff's Attorney, James R. Herrmann, 802 E. Harrison, Suite 14, Harlingen, Texas 78551-2541 on this _18_ of December, 1996.

_____
Richard O. Burst

## CERTIFICATE OF CONSULTATION

    On December 18, 1996, I discussed this Motion to Substitute with George Powell, Attorney for Plaintiffs. I informed him of the reason therefore, and he stated that Plaintiffs do not oppose this Motion To Substitute Counsel.

_____
Richard O. Burst