United States District Court
Southern District of Texas
FILED

DEC 18 1996

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDWARD ALCALA, et.al., | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NUMBER B-96-203 |
| | ) | |
| ALEX PEREZ, in his official capacity | ) | |
| as Sheriff of Cameron County, Texas, | ) | |
| and CAMERON COUNTY, TEXAS, | ) | JURY DEMAND |
|     Defendant. | ) | |

## ORDER GRANTING DEFENDANT CAMERON COUNTY'S UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

On the 18th day of December, 1996, came to be considered the Unopposed Motion To Substitute Counsel For Defendant Cameron County, filed in the above entitled and numbered cause, and the Court is of the opinion that said Motion should be GRANTED.

IT IS THEREFORE ORDERED AND DECREED that substitution be GRANTED and that Richard O. Burst, as Attorney in Charge for Defendant Cameron County, and Dylbia Jefferies, as Attorney of Counsel for Defendant Cameron County, be substituted of record for Luis V. Saenz, Cameron County (Criminal District) Attorney, Richard O. Burst, Assistant County Attorney, and Dylbia Jefferies, Assistant County Attorney.

_____
Judge Presiding