COURTROOM MINUTES

MAGISTRATE: FEDERICO G. GARZA, JR.  PRESIDING

COURTROOM CLERK: GUADALUPE VEGA

COURT REPORTER/TAPE NO.: #2/465

LAW CLERK: PAUL HAJJAR

INTERPRETER: 

U. S. MARSHAL: ALAN FRY, CSO

United States District Court
Southern District of Texas
FILED

DEC 18 1996

Michael N. Milby, Clerk

DATE: DECEMBER 18, 1996

CIVIL ACTION NO. B-96-203

EDWARD ALCALA, ET AL                                GEORGE POWELL & PATRICIA HERNANDEZ

VS.

ALEX PEREZ, in his offical capacity as
Sheriff of Cameron County, Texas, and
CAMERON COUNTY, TEXAS                               RICHARD O. BURST

DOCKET ENTRY: PROCEEDING   CONTINUATION OF HEARING ON MOTION FOR PROTECTIVE ORDER

HEARING ON MOTION FOR PROTECTIVE ORDER CONTINUED WITH THE ABOVE NAMED COUNSEL.  RICHARD BURST,
ASSISTANT COUNTY ATTORNEY, FILED A MOTION TO SUBSTITUTE LUIS V. SAENZ, CAMERON COUNTY (CRIMINAL
DISTRICT) ATTORNEY.  MOTION GRANTED.  BOTH PARTIES ANNOUNCE THAT THE MOTION FOR PROTECTIVE
ORDER HAS BEEN WORKED OUT.  DEFENDANT IS ALLOWED UNTIL JANUARY 23, 1997, TO FILE GENERAL
ANSWER WITH THE UNDERSTANDING THAT PLAINTIFF AND DEFENDANT SHALL BE ALLOWED TO AMEND COMPLAINT
AND ANSWER WITHIN 6 MONTHS AFTER SOME DISCOVERY HAS OCCURRED.