14

# COURTROOM MINUTES

**Fidencio G. Garza, Jr., Judge Presiding**
**Southern District of Texas, Brownsville Division**

| | | |
|---|---|---|
| Courtroom Clerk | : | L M Villarreal |
| ERO | : | Gabriel Mendieta |
| Law Clerk | : | Paul G Hajjar |
| DUSM/CSO | : | Mike Lopez |

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
**FILED**
JAN 23 1996
Michael N. Milby, Clerk

Date            :  Jan 23, 1997, 9:43 am
--------------------------------------------------------------------
                    C.A. NO. B-96-203 (FBV)    *    Counsel:
--------------------------------------------------------------------
EDWARD ALCALA, ET AL                           *    James A Herrmann,
                                                    George P Powell,
                                                    & Patricia Hernandez

         vs                                    *

ALEX PEREZ, in his official capacity as        *    Richard O Burst
 Sheriff of Cameron County, Texas

CAMERON COUNTY, TEXAS                          *         "
--------------------------------------------------------------------

### HEARING ON MOTION TO PROVIDE NOTICE TO COLLECTIVE ACTION MEMBERS

Attorneys Herrmann, Powell, Hernandez, and Burst appeared.

The parties informed the Court that they had reached an agreement:
**The Defendants acknowledged that there is a possibility that some persons may be owed some money, and they will go back 3 years of the filing of the suit.**

The parties will submit an agreed order providing for notice and disclosure potential parties.