SOUTHERN DISTRICT OF TEXAS
ENTERED

FEB 10 1997

Michael N. Milby, Clerk
By Deputy:

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
**FILED**

FEB 7 1997

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| EDWARD ALCALA, et al., § | |
| § | CIVIL ACTION NO. **B-96-203** |
| Plaintiffs, § | |
| § | |
| vs. § | |
| § | **ORDER PROVIDING FOR NOTICE** |
| ALEX PEREZ, in his official capacity as § | **AND DISCLOSURE OF POTENTIAL** |
| Sheriff of Cameron County, Texas and § | **PARTIES** |
| Cameron County, Texas, § | |
| § | |
| Defendants. § | |

Plaintiffs having filed a motion to provide notice of this pending collective action to potential collective members and to require the defendants to provide the name and last known address of present and former employees of the sheriff's department since November 8, 1993 and this Court after having reviewed the motion and arguments of the parties and it appearing that there are adequate grounds for granting said motion, it is hereby

**ORDERED** that the defendants are to provide the plaintiffs with the name and last known address of each employee (excluding those who are already plaintiffs or consent plaintiffs) who has been employed by the Cameron County Sheriff's Department since November 8, 1993 and, it is further

**ORDERED** that within sixty (60) days of the receipt of the list of employees and former employees of Cameron County provided by the defendants, the plaintiffs will direct mail to each employee and former employee the notice and consent to sue attached to the plaintiffs' motion as Exhibit A.

**DONE** in Brownsville, Texas this _____ day of _February_____, 1997.

_____
United States Magistrate