16

United States District Court
Southern District of Texas
FILED

FEB 24 1997

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDWARD ALCALA, et al., | § | |
| | § | CIVIL ACTION NO. B-96-203 |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| ALEX PEREZ, in his official capacity as | § | |
| Sheriff of Cameron County, Texas and | § | |
| Cameron County, Texas, | § | |
| | § | |
| Defendants. | § | |

## CONSENT TO SUE--WAGE CLAIM

I, __Nora Hilda Esparza__, hereby give my consent to sue for wages
   (Employee's Name)

and overtime wages which may be owed to me by the Cameron County Sheriff's Department during

the period __4/95 - 9/95__. My Social Security No. is: __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__.
           (Years Employed)

My address is: __395 F.M. 802. West__. My

telephone number is: __504-1381__.

__[Signature]__
(Signature)

Mail Or Deliver To:

Michael N. Milby
U.S. District Clerk
1001 East Elizabeth
P. O. Box 2299
Brownsville, TX 78522