17

United States District Court
Southern District of Texas
FILED

FEB 2 5 1997

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

EDWARD ALCALA, et al., §
 §
    Plaintiffs, § CIVIL ACTION NO. B-96-203
 §
vs. §
 §
ALEX PEREZ, in his official capacity as §
Sheriff of Cameron County, Texas and §
Cameron County, Texas, §
 §
    Defendants. §

## CONSENT TO SUE--WAGE CLAIM

I, _José Balboa Jr._, hereby give my consent to sue for wages
   (Employee's Name)

and overtime wages which may be owed to me by the Cameron County Sheriff's Department during

the period _10-10-90. - 3-31-94._. My Social Security No. is: _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_.
   (Years Employed)

My address is: _2907 Bluebonnet Dr. Brownsville, TX. 78521-1552_. My

telephone number is: _(210) 550-8211_.

_____
(Signature) José Balboa Jr.

Mail Or Deliver To:

Michael N. Milby
U.S. District Clerk
1001 East Elizabeth
P. O. Box 2299
Brownsville, TX 78522