18

United States District Court
Southern District of Texas
FILED

FEB 2 5 1997

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

EDWARD ALCALA, et al., §
 §
    Plaintiffs, § CIVIL ACTION NO. B-96-203
 §
vs. §
 §
ALEX PEREZ, in his official capacity as §
Sheriff of Cameron County, Texas and §
Cameron County, Texas, §
 §
    Defendants. §

## CONSENT TO SUE--WAGE CLAIM

I, __MANUEL CISNEROS JR.__, hereby give my consent to sue for wages
    (Employee's Name)

and overtime wages which may be owed to me by the Cameron County Sheriff's Department during

the period __2 YEARS__. My Social Security No. is: __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__.
    (Years Employed)

My address is: __RT 5 BOX 371 SAN BENITO, TEXAS 78586__. My

telephone number is: __(210) 233-3233__.

_____
(Signature)

Mail Or Deliver To:

Michael N. Milby
U.S. District Clerk
1001 East Elizabeth
P. O. Box 2299
Brownsville, TX 78522