20

United States District Court
Southern District of Texas
FILED

FEB 25 1997

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDWARD ALCALA, et al., | § | |
| | § | CIVIL ACTION NO. **B-96-203** |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| ALEX PEREZ, in his official capacity as | § | |
| Sheriff of Cameron County, Texas and | § | |
| Cameron County, Texas, | § | |
| | § | |
| Defendants. | § | |

### CONSENT TO SUE--WAGE CLAIM

I, __Andy Reed__, hereby give my consent to sue for wages
(Employee's Name)

and overtime wages which may be owed to me by the Cameron County Sheriff's Department during

the period __May 6 '96 to Aug 2, '96__. My Social Security No. is: __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__.
(Years Employed)

My address is: __3435 Live Oak Dr__. My

telephone number is: __541-3814 (210)__.

__Andy Reed__
(Signature)

Mail Or Deliver To:

Michael N. Milby
U.S. District Clerk
1001 East Elizabeth
P. O. Box 2299
Brownsville, TX 78522