20

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED
FEB 27 1997
Michael N. Milby, Clerk

| | | |
|---|---|---|
| EDWARD ALCALA, et al., | § | |
| Plaintiffs, | § § § | CIVIL ACTION NO. B-96-203 |
| vs. | § § | |
| ALEX PEREZ, in his official capacity as Sheriff of Cameron County, Texas and Cameron County, Texas, | § § § § | |
| Defendants. | § | |

## CONSENT TO SUE--WAGE CLAIM

I, __Samuel Nunez__, hereby give my consent to sue for wages
   (Employee's Name)

and overtime wages which may be owed to me by the Cameron County Sheriff's Department during

the period _1-27-95_ - _96_. My Social Security No. is: _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_
          (Years Employed)

My address is: _194 Sun Rise Ln._ . My

telephone number is: _(210) 541-8038_

_____
(Signature)

Mail Or Deliver To:

Michael N. Milby
U.S. District Clerk
1001 East Elizabeth
P. O. Box 2299
Brownsville, TX 78522