23

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



| | |
|---|---|
| EDWARD ALCALA, et al., § | |
| Plaintiffs, § | CIVIL ACTION NO. **B-96-203** |
| vs. § | |
| ALEX PEREZ, in his official capacity as § | |
| Sheriff of Cameron County, Texas and § | |
| Cameron County, Texas, § | |
| Defendants. § | |

### CONSENT TO SUE--WAGE CLAIM

I, _Rivas, Jose Angel Jr_ , hereby give my consent to sue for wages
     (Employee's Name)

and overtime wages which may be owed to me by the Cameron County Sheriff's Department during

the period _Nov 92 - Dec 96_. My Social Security No. is: _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_.
           (Years Employed)

My address is: _1022 Little Creek Dr. Harlingen, TX 78550_. My

telephone number is: _210-425-1944 - 210-427-5180 pager_

_(Signature)_

Mail Or Deliver To:

Michael N. Milby
U.S. District Clerk
1001 East Elizabeth
P. O. Box 2299
Brownsville, TX  78522