

*United States District Court*
*Southern District of Texas*
*FILED*

MAR 04 1997

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDWARD ALCALA, et al., | § | |
| Plaintiffs, | § | CIVIL ACTION NO. B-96-203 |
| vs. | § | |
| ALEX PEREZ, in his official capacity as Sheriff of Cameron County, Texas and Cameron County, Texas, | § | |
| Defendants. | § | |

## CONSENT TO SUE--WAGE CLAIM

I, __Jose Fidel Cavazos JR__, hereby give my consent to sue for wages
   (Employee's Name)

and overtime wages which may be owed to me by the Cameron County Sheriff's Department during

the period __19 yrs. 3 mos__. My Social Security No. is: __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__.
          (Years Employed)

My address is: __124 Chapman St. San Benito, Tx 78586__. My

telephone number is: __210-399-4596__.

__Jose Fidel Cavazos Jr__
(Signature)

Mail Or Deliver To:

Michael N. Milby
U.S. District Clerk
1001 East Elizabeth
P. O. Box 2299
Brownsville, TX 78522