United States District Court
Southern District of Texas
FILED

MAR 04 1997

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

EDWARD ALCALA, et al., §
　§
Plaintiffs, § CIVIL ACTION NO. B-96-203
　§
vs. §
　§
ALEX PEREZ, in his official capacity as §
Sheriff of Cameron County, Texas and §
Cameron County, Texas, §
　§
Defendants. §

## CONSENT TO SUE--WAGE CLAIM

I, __Jeffrey F. Van Cise__, hereby give my consent to sue for wages
(Employee's Name)

and overtime wages which may be owed to me by the Cameron County Sheriff's Department during

the period __3 Years__. My Social Security No. is: __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__.
(Years Employed)

My address is: __5 Purdue Brownsville, TX 78520__. My

telephone number is: __541-1383__.

_____
(Signature)

Mail Or Deliver To:

Michael N. Milby
U.S. District Clerk
1001 East Elizabeth
P. O. Box 2299
Brownsville, TX 78522