United States District Court
Southern District of Texas
FILED

MAR 04 1997

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| EDWARD ALCALA, et al., § | |
| § | CIVIL ACTION NO. **B-96-203** |
| Plaintiffs, § | |
| § | |
| vs. § | |
| § | |
| ALEX PEREZ, in his official capacity as § | |
| Sheriff of Cameron County, Texas and § | |
| Cameron County, Texas, § | |
| § | |
| Defendants. § | |

## CONSENT TO SUE--WAGE CLAIM

I, _Albert Trevino Jr._, hereby give my consent to sue for wages
(Employee's Name)

and overtime wages which may be owed to me by the Cameron County Sheriff's Department during

the period _(10-88 To 6-94) (11-95 To Present)_. My Social Security No. is: _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_.
(Years Employed)

My address is: _2538 Autumn Sage_. My

telephone number is: _831-0231_.

_____
(Signature)

Mail Or Deliver To:

Michael N. Milby
U.S. District Clerk
1001 East Elizabeth
P. O. Box 2299
Brownsville, TX  78522