2ᶜ

I HEREBY GIVE MY CONSENT TO SUE FOR OVERTIME/LIQUIDATED DAMAGES OWED TO ME BY CAMERON COUNTY, TEXAS FOR THE PERIOD OF TIME WHICH I WAS EMPLOYED BY THE COUNTY.

DATE: 12/18/96

United States District Court
Southern District of Texas
FILED

MAR 05 1997

Michael N. Milby
Clerk of Court

_Raul Perez_
SIGNATURE

Printed Name: Raul Perez Jr
Address: S Durazno ct
City: Brownsville, Tx
Telephone No. 541 5427
S.S. No. 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