33

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 05 1997

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| EDWARD ALCALA, ET AL | § | |
| | § | |
| Plaintiffs, | § | CIVIL ACTION NO. B-96-203 |
| vs. | § | |
| | § | |
| ALEX PEREZ, in his official | § | |
| capacity as Sheriff of | § | **CONSENT TO SUE** |
| Cameron County, Texas and | § | |
| Cameron County, Texas, | § | |
| | § | |
| Defendants. | § | |

I HEREBY GIVE MY CONSENT TO SUE FOR OVERTIME/LIQUIDATED DAMAGES OWED TO ME BY CAMERON COUNTY, TEXAS FOR THE PERIOD OF TIME WHICH I WAS EMPLOYED BY THE COUNTY.

DATE: 3-5-97

_Arturo P. Flores_
SIGNATURE

Printed Name: Arturo P. Flores
Address: 300 Edwards St.
City: San Benito, Tex.
Telephone No. 399-6543/399-9461
S.S. No. 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