United States District Court
Southern District of Texas
FILED

MAR 05 1997

Michael N. Milby
Clerk of Court

I HEREBY GIVE MY CONSENT TO SUE FOR OVERTIME/LIQUIDATED DAMAGES OWED TO ME BY CAMERON COUNTY, TEXAS FOR THE PERIOD OF TIME WHICH I WAS EMPLOYED BY THE COUNTY.

DATE: 11/27/96

SIGNATURE

Printed Name: Jose Lopez

Address: #8 Tres Amigos Rd.

City: Brownsville TX

Telephone No. 544 542-3286

S.S. No. 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