I HEREBY GIVE MY CONSENT TO SUE FOR OVERTIME/LIQUIDATED DAMAGES OWED TO ME BY CAMERON COUNTY, TEXAS FOR THE PERIOD OF TIME WHICH I WAS EMPLOYED BY THE COUNTY.

DATE: 12/3/96

United States District Court
Southern District of Texas
FILED

MAR 05 1997

Michael N. Milby
Clerk of Court

_____
SIGNATURE

Printed Name: Jaime Davalos

Address: #05 Purdue St.

City: Brownsville

Telephone No. 541-1383

S.S. No. 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