39

I HEREBY GIVE MY CONSENT TO SUE FOR OVERTIME/LIQUIDATED DAMAGES OWED TO ME BY CAMERON COUNTY, TEXAS FOR THE PERIOD OF TIME DURING WHICH I WAS EMPLOYED BY THE COUNTY.

DATE: 12-02-96

United States District Court
Southern District of Texas
FILED
MAR 05 1997
Michael N. Milby
Clerk of Court

SIGNATURE: *Enrique Camarillo*

Printed Name: Enrique Camarillo

Address: 1753 Villanueva Ave.

City: Brownsville TX.

Telephone No. 546 1899

S.S. No. 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