40

I HEREBY GIVE MY CONSENT TO SUE FOR OVERTIME/LIQUIDATED DAMAGES OWED TO ME BY CAMERON COUNTY, TEXAS FOR THE PERIOD OF TIME WHICH I WAS EMPLOYED BY THE COUNTY.

DATE: Nov. 26, 1996

United States District Court
Southern District of Texas
FILED

MAR 05 1997

Michael N. Milby
Clerk of Court

_Juan J. Canul_
SIGNATURE

Printed Name: Juan Jose Canul

Address: 1649 Tulane

City: Brownsville, TX

Telephone No. 546-4791

S.S. No. 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