41

I HEREBY GIVE MY CONSENT TO SUE FOR OVERTIME/LIQUIDATED DAMAGES OWED TO ME BY CAMERON COUNTY, TEXAS FOR THE PERIOD OF TIME WHICH I WAS EMPLOYED BY THE COUNTY.

DATE: 11/20/96

_____
SIGNATURE

Printed Name: Ernesto C. Porter Jr.

Address: 257 Rancho Viejo Blvd.

City: Brownsville, TX 78521

Telephone No. (210) 831-3978

S.S. No. 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