42

I HEREBY GIVE MY CONSENT TO SUE FOR OVERTIME/LIQUIDATED DAMAGES OWED TO ME BY CAMERON COUNTY, TEXAS FOR THE PERIOD OF TIME WHICH I WAS EMPLOYED BY THE COUNTY.

DATE: 11-30-96

United States District Court
Southern District of Texas
FILED

MAR 05 1997

Michael N. Milby
Clerk of Court

SIGNATURE

Printed Name: Conrad Villanueva III

Address: 534 N Travis

City: San Benito Texas

Telephone No. 399-3988

S.S. No. 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

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