43

I HEREBY GIVE MY CONSENT TO SUE FOR OVERTIME/LIQUIDATED

DAMAGES OWED TO ME BY CAMERON COUNTY, TEXAS FOR THE PERIOD

WHICH I WAS EMPLOYED BY THE COUNTY.

DATE: *1-02-96*

United States District Court
Southern District of Texas
FILED

MAR 05 1997

Michael N. Milby
Clerk of Court

SIGNATURE

Printed Name: *John A. Sanchz*

Address: *126 La Silla Dr.*

City: *Brownsville*

Telephone No. *546-8444*

S.S. No. *459 25 7735*