44

I HEREBY GIVE MY CONSENT TO SUE FOR OVERTIME/LIQUIDATED

DAMAGES OWED TO ME BY CAMERON COUNTY, TEXAS FOR THE PERIOD OF TIME

WHICH I WAS EMPLOYED BY THE COUNTY.

DATE: _11-22-96_

United States District Court
Southern District of Texas
FILED

MAR 05 1997

Michael N. Milby
Clerk of Court

_Sylvia A. Santillana_
SIGNATURE

Printed Name: _Sylvia A. Santillana_

Address: _602 N. Filmore_

City: _Beeville, Texas 78102_

Telephone No. _(512) 362 2042_

S.S. No. _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_