45

I HEREBY GIVE MY CONSENT TO SUE FOR OVERTIME/LIQUIDATED

DAMAGES OWED TO ME BY CAMERON COUNTY, TEXAS FOR THE PERIOD OF TIME

WHICH I WAS EMPLOYED BY THE COUNTY.

DATE: _12·02·96_____

United States District C
Southern District of T
FILED

MAR 05 1997

Michael N. Milby
Clerk of Court

_Eduardo Trevino_
SIGNATURE

Printed Name: _Eduardo Trevino_

Address: _P.O. Box 1782_

City: _San Benito,_

Telephone No _(210) 399·0047_

S.S. No. _451·29·4372_