47

United States District Court
Southern District of Texas
FILED

MAR 05 1997

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDWARD ALCALA, et al., | § § | CIVIL ACTION NO. **B-96-203** |
| Plaintiffs, | § § | |
| vs. | § § | |
| ALEX PEREZ, in his official capacity as Sheriff of Cameron County, Texas and Cameron County, Texas, | § § § § | |
| Defendants. | § § | |

## CONSENT TO SUE--WAGE CLAIM

I, _Luis I. Valdes_, hereby give my consent to sue for wages
    (Employee's Name)

and overtime wages which may be owed to me by the Cameron County Sheriff's Department during

the period _10-93 Still Employed_. My Social Security No. is: _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_
       (Years Employed) L.I.V.

My address is: _704 N. Bowie San Benito, TX 78586_. My

telephone number is: _(210) 399-6419_.

_(Signature)_

Mail Or Deliver To:

Michael N. Milby
U.S. District Clerk
1001 East Elizabeth
P. O. Box 2299
Brownsville, TX 78522