48

I HEREBY GIVE MY CONSENT TO SUE FOR OVERTIME/LIQUIDATED DAMAGES OWED TO ME BY CAMERON COUNTY, TEXAS FOR THE PERIOD OF TIME WHICH I WAS EMPLOYED BY THE COUNTY.

DATE: 12/27/96

United States District Court
Southern District of Texas
FILED

MAR 05 1997

Michael N. Milby
Clerk of Court

_Patricia M. Garcia_
SIGNATURE

Printed Name: Patricia M. Garcia

Address: 1415 W. Tejon Rd.

City: Brownsville Texas

Telephone No. 350-3181

S.S. No. 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