49

I HEREBY GIVE MY CONSENT TO SUE FOR OVERTIME/LIQUIDATED DAMAGES OWED TO ME BY CAMERON COUNTY, TEXAS FOR THE PERIOD OF TIME WHICH I WAS EMPLOYED BY THE COUNTY.

DATE: 22 Nov 1996

United States District Court
Southern District of Texas
FILED

MAR 05 1997

Michael N. Milby
Clerk of Court

_____
SIGNATURE

Printed Name: Ricardo F. Garcia

Address: Rt 3 Box 70E

City: Los Fresnos, Tx. 78566

Telephone No. 210 233-9194

S.S. No. 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

ClibPDF - www.fastio.com