51

United States District Court
Southern District of Texas
FILED

MAR 0 5 1997

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

EDWARD ALCALA, et al., §
§
    Plaintiffs, §
§ CIVIL ACTION NO. B-96-203
vs. §
§
ALEX PEREZ, in his official capacity as §
Sheriff of Cameron County, Texas and §
Cameron County, Texas, §
§
    Defendants. §

## CONSENT TO SUE--WAGE CLAIM

I, __Herrera, Juan III__, hereby give my consent to sue for wages
   (Employee's Name)

and overtime wages which may be owed to me by the Cameron County Sheriff's Department during

the period __two years__. My Social Security No. is: __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__.
   (Years Employed)

My address is: __117 E. Regaca De. Los Fresnos, Tx. 78566__. My

telephone number is: __210-233-1588__.

 

_____
(Signature)

Mail Or Deliver To:

Michael N. Milby
U.S. District Clerk
1001 East Elizabeth
P. O. Box 2299
Brownsville, TX 78522