# THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDWARD ALCALA, ET AL | § | |
| | § | |
| Plaintiffs, | § | CIVIL ACTION NO. B-96-203 |
| vs. | § | |
| | § | |
| ALEX PEREZ, in his official | § | |
| capacity as Sheriff of | § | **CONSENT TO SUE** |
| Cameron County, Texas and | § | |
| Cameron County, Texas, | § | |
| | § | |
| Defendants. | § | |

FILED MAR 0 5 1997
Michael N. Milby, Clerk

I HEREBY GIVE MY CONSENT TO SUE FOR OVERTIME/LIQUIDATED DAMAGES OWED TO ME BY CAMERON COUNTY, TEXAS FOR THE PERIOD OF TIME WHICH I WAS EMPLOYED BY THE COUNTY.

DATE: 27 JAN. 97

_Juan M. Aranda Jr._
SIGNATURE

Printed Name: Juan Manuel Aranda Jr.
Address: 602 N. Filmore St.
City: Beeville, Tx 78104
Telephone No. (512) 362-2042
S.S. No. 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

I HEREBY GIVE MY CONSENT TO SUE FOR OVERTIME/LIQUIDATED DAMAGES OWED TO ME BY CAMERON COUNTY, TEXAS FOR THE PERIODS OF TIME WHICH I WAS EMPLOYED BY THE COUNTY.

DATE: 07 Jan. 97

United States District Court
Southern District of Texas
FILED

MAR 05 1997

Michael N. Milby
Clerk of Court

_Juan M. Aranda Jr._
SIGNATURE

Printed Name: Juan Manuel Aranda Jr.
Address: 602 N. Filmore St.
City: Beeville, Tx. 78104
Telephone No. (512) 362-2042
S.S. No. 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

ClibPDF - www.fastio.com