53

United States District Court
Southern District of Texas
FILED

MAR 0 5 1997

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDWARD ALCALA, et al., | § § | CIVIL ACTION NO. B-96-203 |
| Plaintiffs, | § § | |
| vs. | § § | |
| ALEX PEREZ, in his official capacity as Sheriff of Cameron County, Texas and Cameron County, Texas, | § § § § | |
| Defendants. | § | |

## CONSENT TO SUE—WAGE CLAIM

I, _Gutierrez Alfredo_ (Employee's Name), hereby give my consent to sue for wages and overtime wages which may be owed to me by the Cameron County Sheriff's Department during the period _1 year + 7 Months_ (Years Employed). My Social Security No. is: _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_.

My address is: _2313 Shelden Dr. Brownsville, Texas 78520_. My telephone number is: _1-210-546-7613_.

_Alfredo Gutierrez_
(Signature)

Mail Or Deliver To:

Michael N. Milby
U.S. District Clerk
1001 East Elizabeth
P. O. Box 2299
Brownsville, TX 78522