54

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 05 1997

Michael N. Milby
Clerk of Court

| | |
|---|---|
| EDWARD ALCALA, ET AL | § |
| | § |
| Plaintiffs, | § |
| vs. | § |
| | § |
| ALEX PEREZ, in his official | § |
| capacity as Sheriff of | § |
| Cameron County, Texas and | § |
| Cameron County, Texas, | § |
| | § |
| Defendants. | § |

CIVIL ACTION NO. B-96-203

**CONSENT TO SUE**

I HEREBY GIVE MY CONSENT TO SUE FOR OVERTIME/LIQUIDATED

DAMAGES OWED TO ME BY CAMERON COUNTY, TEXAS FOR THE PERIOD OF TIME

WHICH I WAS EMPLOYED BY THE COUNTY.

DATE: _1-16-97_

_signature_
SIGNATURE

Printed Name: _Cleo Lavey Beauford._

Address: _R3 Box 87-J._

City: _Los Fresnos, Texns 7856_

Telephone No. _233-4757_

S.S. No. _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_

I HEREBY GIVE MY CONSENT TO SUE FOR OVERTIME/LIQUIDATED
DAMAGES OWED TO ME BY CAMERON COUNTY, TEXAS FOR THE PERIOD OF TIME
WHICH I WAS EMPLOYED BY THE COUNTY.

DATE: *1 — 16 - 97*

*C.L. Beauford*
SIGNATURE

Printed Name: *Cleo Lavoy Beauford.*

Address: *R 3 Box 87-5*

City: *Los Fresnos Texas 78566*

Telephone No. *233-4757.*

S.S. No. *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.*