IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDWARD ALCALA, ET AL | § | |
| | § | |
| Plaintiffs, | § | CIVIL ACTION NO. B-96-203 |
| vs. | § | |
| | § | |
| ALEX PEREZ, in his official | § | |
| capacity as Sheriff of | § | **CONSENT TO SUE** |
| Cameron County, Texas and | § | |
| Cameron County, Texas, | § | |
| | § | |
| Defendants. | § | |

United States District Court
Southern District of Texas
FILED

MAR 05 1997

Michael N. Milby
Clerk of Court

I HEREBY GIVE MY CONSENT TO SUE FOR OVERTIME/LIQUIDATED DAMAGES OWED TO ME BY CAMERON COUNTY, TEXAS FOR THE PERIOD OF TIME WHICH I WAS EMPLOYED BY THE COUNTY.

DATE: 1/3/97

_Jesus Rosas_
SIGNATURE

Printed Name: Jesus Rosas

Address: 10845 Arkansas

City: Brownsville

Telephone No. 548-2031

S.S. No. 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

I HEREBY GIVE MY CONSENT TO SUE FOR OVERTIME/LIQUIDATED DAMAGES OWED TO ME BY CAMERON COUNTY, TEXAS FOR THE PERIOD OF TIME WHICH I WAS EMPLOYED BY THE COUNTY.

DATE: 1/3/97

United States District Court
Southern District of Texas
FILED

MAR 05 1997

Michael N. Milby
Clerk of Court

_____
SIGNATURE

Printed Name: Jesus Rosas

Address: 10845 Arkansas

City: Brownsville

Telephone No. 548-2031

S.S. No. 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