IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDWARD ALCALA, ET AL | § | |
| | § | |
| Plaintiffs, | § | CIVIL ACTION NO. B-96-203 |
| vs. | § | |
| | § | |
| ALEX PEREZ, in his official | § | |
| capacity as Sheriff of | § | **CONSENT TO SUE** |
| Cameron County, Texas and | § | |
| Cameron County, Texas, | § | |
| | § | |
| Defendants. | § | |

United States District Court
Southern District of Texas
FILED

MAR 0 5 1997

Michael N. Milby, Clerk

I HEREBY GIVE MY CONSENT TO SUE FOR OVERTIME/LIQUIDATED DAMAGES OWED TO ME BY CAMERON COUNTY, TEXAS FOR THE PERIOD OF TIME WHICH I WAS EMPLOYED BY THE COUNTY.

DATE: 1-24-97

_Ricardo Rodriguez_
SIGNATURE

Printed Name: Ricardo Rodriguez
Address: 680 Franklin St
City: San Benito TX 78586
Telephone No. 210-399-0259 - 210-399-80?
FAX 399-0864
S.S. No. 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

I HEREBY GIVE MY CONSENT TO SUE FOR OVERTIME/LIQUIDATED DAMAGES OWED TO ME BY CAMERON COUNTY, TEXAS FOR THE PERIOD WHICH I WAS EMPLOYED BY THE COUNTY.

United States District Court
Southern District of Texas
FILED

MAR 05 1997

Michael N. Milby
Clerk of Court

DATE: _1-24-97_

_[signature]_
SIGNATURE

Printed Name: _Ricardo Rodriguez_

Address: _680 Franklin_

City: _San Benito Tx. 78586_

Telephone No. _210-399-0259 - 399-0864_
_Fax - 399-0814_      _399-8099_

S.S. No. _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_