58

United States District Court
Southern District of Texas
FILED

MAR 07 1997

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDWARD ALCALA, et al., | § | |
| Plaintiffs, | § § § | CIVIL ACTION NO. B-96-203 |
| vs. | § § | |
| ALEX PEREZ, in his official capacity as Sheriff of Cameron County, Texas and Cameron County, Texas, | § § § § | |
| Defendants. | § | |

### CONSENT TO SUE--WAGE CLAIM

I, **Guillermo M. Lozano III** (Employee's Name), hereby give my consent to sue for wages and overtime wages which may be owed to me by the Cameron County Sheriff's Department during the period **1990 1992 – 1994 1995** (Years Employed). My Social Security No. is: **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**. My address is: **402 W. Taft St. Harlingen TX 78550**. My telephone number is: **210-412-7042**.

I was on worker comp from June 20, 1992 till 1994 on Job Injury

**Guillermo M. Lozano III**
(Signature)

Mail Or Deliver To:

Michael N. Milby
U.S. District Clerk
1001 East Elizabeth
P. O. Box 2299
Brownsville, TX 78522