THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDWARD ALCALA, ET AL | § | |
| Plaintiffs, | § | |
| vs. | § | CIVIL ACTION NO. B-96-203 |
| ALEX PEREZ, in his official capacity as Sheriff of Cameron County, Texas and Cameron County, Texas, | § | CONSENT TO SUE |
| Defendants. | § | |

I HEREBY GIVE MY CONSENT TO SUE FOR OVERTIME/LIQUIDATED DAMAGES OWED TO ME BY CAMERON COUNTY, TEXAS FOR THE PERIOD OF TIME WHICH I WAS EMPLOYED BY THE COUNTY.

DATE: 3-7-97

_____
SIGNATURE

Printed Name: Bert M. Blanchard
Address: 1355 Magnolia Court
City: Brownsville Texas
Telephone No. 546-6075
S.S. No. 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