THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



| | | |
|---|---|---|
| EDWARD ALCALA, ET AL | § | |
| | § | |
| Plaintiffs, | § | CIVIL ACTION NO. B-96-203 |
| vs. | § | |
| | § | |
| ALEX PEREZ, in his official | § | |
| capacity as Sheriff of | § | **CONSENT TO SUE** |
| Cameron County, Texas and | § | |
| Cameron County, Texas, | § | |
| | § | |
| Defendants. | § | |

I HEREBY GIVE MY CONSENT TO SUE FOR OVERTIME/LIQUIDATED DAMAGES OWED TO ME BY CAMERON COUNTY, TEXAS FOR THE PERIOD OF TIME WHICH I WAS EMPLOYED BY THE COUNTY.

DATE: _____

_René B. Capistran_
SIGNATURE

Printed Name: Rene B. Capistran
Address: 1747 Artemisa
City: Brownsville TX
Telephone No. 542-1955
S.S. No. 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