THE UNITED STATES DISTRI[CT C]OURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



APR 02 1997

Michael N. Milby, Clerk

| | | |
|---|---|---|
| EDWARD ALCALA, ET AL | § | |
| | § | |
| Plaintiffs, | § | CIVIL ACTION NO. B-96-203 |
| vs. | § | |
| | § | |
| ALEX PEREZ, in his official | § | |
| capacity as Sheriff of | § | **CONSENT TO SUE** |
| Cameron County, Texas and | § | |
| Cameron County, Texas, | § | |
| | § | |
| Defendants. | § | |

I HEREBY GIVE MY CONSENT TO SUE FOR OVERTIME/LIQUIDATED DAMAGES OWED TO ME BY CAMERON COUNTY, TEXAS FOR THE PERIOD OF TIME WHICH I WAS EMPLOYED BY THE COUNTY.

DATE: 3-5-97

_Arturo P. Flores_
SIGNATURE

Printed Name: Arturo P. Flores
Address: 300 Edwards St.
City: San Benito, Tex.
Telephone No. 399-6543/399-946[?]
S.S. No. 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