77

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

APR 02 1997

Michael N. Milby, Clerk

| | |
|---|---|
| EDWARD ALCALA, et al., § | |
| Plaintiffs, § | CIVIL ACTION NO. B-96-203 |
| vs. § | |
| ALEX PEREZ, in his official capacity as § | |
| Sheriff of Cameron County, Texas and § | |
| Cameron County, Texas, § | |
| Defendants. § | |

### CONSENT TO SUE--WAGE CLAIM

I, __Jose Luis Garcia Jr.__, hereby give my consent to sue for wages
    (Employee's Name)

and overtime wages which may be owed to me by the Cameron County Sheriff's Department during

the period __11-11-92 - 5-30-94__. My Social Security No. is: __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__
         (Years Employed)

My address is: __RR 4 206 E San Benito, TX. 78586__. My

telephone number is: __210-361-0943__.

_____
(Signature)

Mail Or Deliver To:

Michael N. Milby
U.S. District Clerk
1001 East Elizabeth
P. O. Box 2299
Brownsville, TX 78522