THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| EDWARD ALCALA, ET AL § | |
| § | |
| Plaintiffs, § | CIVIL ACTION NO. B-96-203 |
| vs. § | |
| § | |
| ALEX PEREZ, in his official § | |
| capacity as Sheriff of § | **CONSENT TO SUE** |
| Cameron County, Texas and § | |
| Cameron County, Texas, § | |
| § | |
| Defendants. § | |

I HEREBY GIVE MY CONSENT TO SUE FOR OVERTIME/LIQUIDATED DAMAGES OWED TO ME BY CAMERON COUNTY, TEXAS FOR THE PERIOD OF TIME WHICH I WAS EMPLOYED BY THE COUNTY.

DATE: _____

_[signature]_
SIGNATURE

Printed Name: Alfredo Gutierrez

Address: 2313 Shildsa Sa. #137

City: Brownsville, Texas 78520

Telephone No. 546-7613

S.S. No. 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