THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| EDWARD ALCALA, ET AL § | |
| § | |
| Plaintiffs, § | CIVIL ACTION NO. B-96-203 |
| vs. § | |
| § | |
| ALEX PEREZ, in his official § | |
| capacity as Sheriff of § | CONSENT TO SUE |
| Cameron County, Texas and § | |
| Cameron County, Texas, § | |
| § | |
| Defendants. § | |

I HEREBY GIVE MY CONSENT TO SUE FOR OVERTIME/LIQUIDATED DAMAGES OWED TO ME BY CAMERON COUNTY, TEXAS FOR THE PERIOD OF TIME WHICH I WAS EMPLOYED BY THE COUNTY.

DATE: March 6, 1997

SIGNATURE

Printed Name: Mike Leinart

Address: 618 Cheyenne CT.

City: Brownsville, TX 78521

Telephone No. (210) 831-7742

S.S. No. 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