# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDWARD ALCALA, ET AL | § | |
| | § | |
| Plaintiffs. | § | CIVIL ACTION NO. B-96-203 |
| vs. | § | |
| | § | |
| ALEX PEREZ, in his official | § | |
| capacity as Sheriff of | § | **CONSENT TO SUE** |
| Cameron County, Texas and | § | |
| Cameron County, Texas, | § | |
| | § | |
| Defendants. | § | |

I HEREBY GIVE MY CONSENT TO SUE FOR OVERTIME/LIQUIDATED DAMAGES OWED TO ME BY CAMERON COUNTY, TEXAS FOR THE PERIOD OF TIME WHICH I WAS EMPLOYED BY THE COUNTY.

DATE: 3/07/97

X _Luis A. Mendieta_
SIGNATURE

Printed Name: Luis A. Mendieta

Address: 2437 Carnesi Apt #C

City: Brownsville

Telephone No. (210) 548-1949

S.S. No. 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