IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

9

APR 02 1997

Michael N. Milby, Clerk

| | |
|---|---|
| EDWARD ALCALA, ET AL § <br> § <br> Plaintiffs. § <br> vs. § <br> § <br> ALEX PEREZ, in his official § <br> capacity as Sheriff of § <br> Cameron County, Texas and § <br> Cameron County, Texas, § <br> § <br> Defendants. § | CIVIL ACTION NO. B-96-203 <br><br> **CONSENT TO SUE** |

I HEREBY GIVE MY CONSENT TO SUE FOR OVERTIME/LIQUIDATED DAMAGES OWED TO ME BY CAMERON COUNTY, TEXAS FOR THE PERIOD OF TIME WHICH I WAS EMPLOYED BY THE COUNTY.

DATE: _____

X _____
SIGNATURE

Printed Name: Martin Nieto

Address: 2554 E. Taylor

City: Brownsville

Telephone No. 541-5837

S.S. No. 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