THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDWARD ALCALA, ET AL | § | |
| Plaintiffs, | § | CIVIL ACTION NO. B-96-203 |
| vs. | § | |
| ALEX PEREZ, in his official capacity as Sheriff of Cameron County, Texas and Cameron County, Texas, | § | CONSENT TO SUE |
| Defendants. | § | |

I HEREBY GIVE MY CONSENT TO SUE FOR OVERTIME/LIQUIDATED DAMAGES OWED TO ME BY CAMERON COUNTY, TEXAS FOR THE PERIOD OF TIME WHICH I WAS EMPLOYED BY THE COUNTY.

DATE: 3-02-96

SIGNATURE: David P[erez]

Printed Name: David Perez Jr.

Address: 3315 Jasmine St Apt. 3

City: Brownsville, TX

Telephone No. (210) 541-2228

S.S. No. 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

