

## THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDWARD ALCALA, ET AL | § | |
| | § | |
| Plaintiffs, | § | CIVIL ACTION NO. B-96-203 |
| vs. | § | |
| | § | |
| ALEX PEREZ, in his official | § | |
| capacity as Sheriff of | § | **CONSENT TO SUE** |
| Cameron County, Texas and | § | |
| Cameron County, Texas, | § | |
| | § | |
| Defendants. | § | |

I HEREBY GIVE MY CONSENT TO SUE FOR OVERTIME/LIQUIDATED DAMAGES OWED TO ME BY CAMERON COUNTY, TEXAS FOR THE PERIOD OF TIME WHICH I WAS EMPLOYED BY THE COUNTY.

DATE: March 11, 1997

SIGNATURE: Juan G. Reyna

Printed Name: Juan G. Reyna

Address: 5351 Amatista Drive

City: Brownsville, Texas

Telephone No: (210) 5045138

S.S. No. 457 92 4292