THE UNITED STATES DIST. ~~ COURT
FOR THE SOUTHERN DISTRICT O. TEXAS
BROWNSVILLE DIVISION

EDWARD ALCALA, ET AL §
§
    Plaintiffs, §
vs. § CIVIL ACTION NO. B-96-203
§
ALEX PEREZ, in his official §
capacity as Sheriff of § CONSENT TO SUE
Cameron County, Texas and §
Cameron County, Texas. §
§
    Defendants. §

I HEREBY GIVE MY CONSENT TO SUE FOR OVERTIME/LIQUIDATED DAMAGES OWED TO ME BY CAMERON COUNTY, TEXAS FOR THE PERIOD OF TIME WHICH I WAS EMPLOYED BY THE COUNTY.

DATE: 3-7-97

_____
SIGNATURE

Printed Name: Feliza Rodriguez

Address: 510 Winchell

City: San Benito, Tx

Telephone No. 399-1390

S.S. No. 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