THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



EDWARD ALCALA, ET AL §
§
Plaintiffs, §
vs. § CIVIL ACTION NO. B-96-203
§
ALEX PEREZ, in his official §
capacity as Sheriff of § CONSENT TO SUE
Cameron County, Texas and §
Cameron County, Texas, §
§
Defendants. §

I HEREBY GIVE MY CONSENT TO SUE FOR OVERTIME/LIQUIDATED DAMAGES OWED TO ME BY CAMERON COUNTY, TEXAS FOR THE PERIOD OF TIME WHICH I WAS EMPLOYED BY THE COUNTY.

DATE: 3-7-97

SIGNATURE

Printed Name: OMAR E. SALAZAR

Address: 45 Monarca

City: Brownsville, TX 78520

Telephone No. 504-1831

S.S. No. 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