Case 1:96-cv-00203   Document 110   Filed in TXSD on 04/02/1997   Page 1 of 1

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



110

EDWARD ALCALA, ET AL                §
                                    §
            Plaintiffs,              §        CIVIL ACTION NO. B-96-203
vs.                                 §
                                    §
ALEX PEREZ, in his official         §
capacity as Sheriff of              §        **CONSENT TO SUE**
Cameron County, Texas and           §
Cameron County, Texas,              §
                                    §
            Defendants.             §

I HEREBY GIVE MY CONSENT TO SUE FOR OVERTIME/LIQUIDATED

DAMAGES OWED TO ME BY CAMERON COUNTY, TEXAS FOR THE PERIOD OF TIME

WHICH I WAS EMPLOYED BY THE COUNTY.

DATE:_____

_____
SIGNATURE

Printed Name: Tomas SALAZAR

Address: 1105 BASS

City: Port Isabel TX.

Telephone No. 943-5138

S.S. No. 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