THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 0 1997

Michael N. Milby, Clerk

114

| | |
|---|---|
| EDWARD ALCALA, ET AL | § |
| | § |
| Plaintiffs, | § |
| vs. | § |
| | § |
| ALEX PEREZ, in his official | § |
| capacity as Sheriff of | § |
| Cameron County, Texas and | § |
| Cameron County, Texas, | § |
| | § |
| Defendants. | § |

CIVIL ACTION NO. B-96-203

CONSENT TO SUE

I HEREBY GIVE MY CONSENT TO SUE FOR OVERTIME/LIQUIDATED DAMAGES OWED TO ME BY CAMERON COUNTY, TEXAS FOR THE PERIOD OF TIME WHICH I WAS EMPLOYED BY THE COUNTY.

DATE: 3/07/97

SIGNATURE

Printed Name: Albert travino

Address: 6523 Lee Roy Circle

City: Brownsville, TX 78520

Telephone No. 831- 6327

S.S. No. 456- 06- 0977