*117*

United States District Court
Southern District of Texas
FILED

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

APR 02 1997

Michael N. Milby, Clerk

| | | |
|---|---|---|
| EDWARD ALCALA, et al., | § | CIVIL ACTION NO. **B-96-203** |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| ALEX PEREZ, in his official capacity as Sheriff of Cameron County, Texas and Cameron County, Texas, | § | |
| | § | |
| Defendants. | § | |

## CONSENT TO SUE--WAGE CLAIM

I, _Conrad G. Villanueva III_, hereby give my consent to sue for wages

(Employee's Name)

and overtime wages which may be owed to me by the Cameron County Sheriff's Department during

the period _94-96_. My Social Security No. is: _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_

(Years Employed)

My address is: _534 N. Travis   San Benito  Texas_. My

telephone number is: _399-3988_.

_____
(Signature)



Mail Or Deliver To:

Michael N. Milby
U.S. District Clerk
1001 East Elizabeth
P. O. Box 2299
Brownsville, TX  78522