THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED States District Court
Southern District of Texas
FILED

/18

| | | |
|---|---|---|
| EDWARD ALCALA, ET AL | § | |
| | § | APR 0 2 1997 |
| Plaintiffs, | § | CIVIL ACTION NO. B-96-203 Michael N. Milby, Clerk |
| vs. | § | |
| | § | |
| ALEX PEREZ, in his official | § | |
| capacity as Sheriff of | § | **CONSENT TO SUE** |
| Cameron County, Texas and | § | |
| Cameron County, Texas. | § | |
| | § | |
| Defendants. | § | |

I HEREBY GIVE MY CONSENT TO SUE FOR OVERTIME/LIQUIDATED

DAMAGES OWED TO ME BY CAMERON COUNTY, TEXAS FOR THE PERIOD OF TIME

WHICH I WAS EMPLOYED BY THE COUNTY.

DATE: _3/14/97_

_____
SIGNATURE

Printed Name: _Isaias Villarreal Jr._

Address: _1615 W. 77 Sunshine strip #168_

City: _San Benito, TX 78586_

Telephone No _(210) 361-1489_

S.S. No. _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_

