126

United States District Court
Southern District of Texas
FILED

APR 2 2 1997

Michael N. Milby, Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

EDWARD ALCALA, et al.,                    §
                                          §         CIVIL ACTION NO. B-96-203
        Plaintiffs,                       §
                                          §
vs.                                       §
                                          §
ALEX PEREZ, in his official capacity as   §
Sheriff of Cameron County, Texas and      §
Cameron County, Texas,                    §
                                          §
        Defendants.                       §

## CONSENT TO SUE—WAGE CLAIM

I, _Juan Herrera III_ , hereby give my consent to sue for wages
   (Employee's Name)

and overtime wages which may be owed to me by the Cameron County Sheriff's Department during

the period _two years_ . My Social Security No. is: _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_ .
            (Years Employed)

My address is: _117 E. Resaca Dr. Los Fresnos, Tx 78566_ . My

telephone number is: _210-233-1588_ .

_____
            (Signature)

Mail Or Deliver To:

Michael N. Milby
U.S. District Clerk
1001 East Elizabeth
P. O. Box 2299
Brownsville, TX 78522