129

United States District Court
Southern District of Texas
FILED

APR 2 2 1997

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| EDWARD ALCALA, et al., § | |
| Plaintiffs, § | CIVIL ACTION NO. B-96-203 |
| vs. § | |
| ALEX PEREZ, in his official capacity as § Sheriff of Cameron County, Texas and § Cameron County, Texas, § | |
| Defendants. § | |

### CONSENT TO SUE--WAGE CLAIM

I, _Luis G. Martinez, Jr._, hereby give my consent to sue for wages
   (Employee's Name)

and overtime wages which may be owed to me by the Cameron County Sheriff's Department during

the period _from 1971 to 1996_. My Social Security No. is: _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_.
   (Years Employed)

My address is: _134 Calle Reyna, Brownsville, Texas 78520_. My

telephone number is: _(210) 542-5617_.

_[signature]_
(Signature)

Mail Or Deliver To:

Michael N. Milby
U.S. District Clerk
1001 East Elizabeth
P. O. Box 2299
Brownsville, TX 78522