121

United States District Court
Southern District of Texas
FILED

APR 2 5 1997

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

Michael N. Milby, Clerk

| | | |
|---|---|---|
| EDWARD ALCALA, et al., | § | CIVIL ACTION NO. **B-96-203** |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| ALEX PEREZ, in his official capacity as | § | |
| Sheriff of Cameron County, Texas and | § | |
| Cameron County, Texas, | § | |
| | § | |
| Defendants. | § | |

## CONSENT TO SUE--WAGE CLAIM

I, _Jerry Martinez Jr._____, hereby give my consent to sue for wages
   (Employee's Name)

and overtime wages which may be owed to me by the Cameron County Sheriff's Department during

the period _2/3/95 - 8/25/95_____. My Social Security No. is:_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_____.
   (Years Employed)

My address is:_631 Lawndale Ln._____. My

telephone number is:_(210) 541-2508_____.

_Jerry Martinez Jr._____
   (Signature)

Mail Or Deliver To:

Michael N. Milby
U.S. District Clerk
1001 East Elizabeth
P. O. Box 2299
Brownsville, TX  78522