United States District Court
Southern District of Texas
FILED

MAY 02 1997

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDWARD ALCALA, et al., | § | |
| Plaintiffs, | § § § | CIVIL ACTION NO. B-96-203 |
| vs. | § § | |
| ALEX PEREZ, in his official capacity as Sheriff of Cameron County, Texas and Cameron County, Texas, | § § § § | |
| Defendants. | § | |

## CONSENT TO SUE--WAGE CLAIM

I, __GARZA Jesse__ (Employee's Name), hereby give my consent to sue for wages

and overtime wages which may be owed to me by the Cameron County Sheriff's Department during

the period __1992 - 1995__ (Years Employed). My Social Security No. is: __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__.

My address is: __5966 Tecate Dr. Brownsville TX 78521__. My

telephone number is: __(210) 831-8-6741__.

_____
(Signature)

Mail Or Deliver To:

Michael N. Milby
U.S. District Clerk
1001 East Elizabeth
P. O. Box 2299
Brownsville, TX 78522