142

United States District Court
Southern District of Texas
FILED

MAY 29 1997

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDWARD ALCALA, et al., | § § § | CIVIL ACTION NO. B-96-203 |
| Plaintiffs, | § § | |
| vs. | § § | |
| ALEX PEREZ, in his official capacity as Sheriff of Cameron County, Texas and Cameron County, Texas, | § § § § | |
| Defendants. | § | |

## CONSENT TO SUE--WAGE CLAIM

I, __JOHN C. FRIZZELL__, hereby give my consent to sue for wages
   (Employee's Name)

and overtime wages which may be owed to me by the Cameron County Sheriff's Department during

the period __10-2-89 To Present__. My Social Security No. is: __464 90 2078__
            (Years Employed)

My address is: __2407 E CROCKETT HARLINGEN TX 78550__. My

telephone number is: __210 425 7787__.

_____
(Signature)

Mail Or Deliver To:

Michael N. Milby
U.S. District Clerk
1001 East Elizabeth
P. O. Box 2299
Brownsville, TX 78522