143

United States District Court
Southern District of Texas
FILED

JUN 09 1997

Michael N. Milby, Clerk of ___

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDWARD ALCALA, et al., | § | |
| | § | CIVIL ACTION NO. B-96-203 |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| ALEX PEREZ, in his official capacity as | § | |
| Sheriff of Cameron County, Texas and | § | |
| Cameron County, Texas, | § | |
| | § | |
| Defendants. | § | |

## CONSENT TO SUE--WAGE CLAIM

I, __Robert Nieto__ (Employee's Name), hereby give my consent to sue for wages and overtime wages which may be owed to me by the Cameron County Sheriff's Department during the period __6/94__ / __4/95__ (Years Employed). My Social Security No. is: __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__.

My address is: __1230 Pasadena Dr.__. My telephone number is: __(210) 541-6471__.

_____
(Signature)

Mail Or Deliver To:

Michael N. Milby
U.S. District Clerk
1001 East Elizabeth
P. O. Box 2299
Brownsville, TX 78522