RECEIVED JUN

144

United States District Court
Southern District of Texas
FILED

JUN 18 1997

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| EDWARD ALCALA, ET AL § | |
| § | |
| Plaintiffs, § | CIVIL ACTION NO. B-96-203 |
| vs. § | |
| § | |
| ALEX PEREZ, in his official § | |
| capacity as Sheriff of § | **CONSENT TO SUE** |
| Cameron County, Texas and § | |
| Cameron County, Texas, § | |
| § | |
| Defendants. § | |

I HEREBY GIVE MY CONSENT TO SUE FOR OVERTIME/LIQUIDATED DAMAGES OWED TO ME BY CAMERON COUNTY, TEXAS FOR THE PERIOD OF TIME WHICH I WAS EMPLOYED BY THE COUNTY.

DATE: 06-01-97

_John A Gilbert_
SIGNATURE

Printed Name: John A. Gilbert

Address: PO Box 123

City: Hebbronville Tx 78361

Telephone No. 512-701-0565

S.S. No. 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