United States District Court
Southern District of Texas
FILED

JAN 16 1998

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDWARD ALCALA, ET AL | § | |
| | § | |
| Plaintiffs, | § | CIVIL ACTION NO. B-96-203 |
| | § | |
| VS. | § | |
| | § | |
| ALEX PEREZ, in his official capacity as | § | |
| Sheriff of Cameron County, Texas and | § | |
| Cameron County, Texas | § | |
| | § | |
| Defendants | § | |

## MOTION FOR A STATUS CONFERENCE AND DOCKET SETTING

COME NOW EDWARD ALCALA, ET AL, Plaintiffs in the above cause and make this their motion for a status conference and docket setting and would show the Court as follows:

I.

Discovery is substantially complete. Presently, there are no docket settings for the joint pretrial order, final pretrial or trial. The case needs to be set for trial. Accordingly, the Plaintiffs request that this Court set a hearing so that the case can be set for trial and dates and deadlines for other matters can be set.

WHEREFORE, PREMISES CONSIDERED Plaintiffs pray that the Court set this motion for a hearing and grant the motion as requested.

Respectfully submitted,

HINOJOSA & POWELL, P.C.
Attorneys at Law
5921 N. 23rd
McAllen, TX 78504
(956) 686-2413

BY: _____
    GEORGE P. POWELL
    Attorney for Plaintiffs
    State Bar No. 16196000

## CERTIFICATE OF CONFERENCE

On the 12th day of January 1998 I conferred with Richard O. Burst, Attorney for Defendants and he does not oppose said motion.

_____
GEORGE P. POWELL

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record on the 13th day of January, 1998 as follows:

Richard Burst
Attorney at Law
964 E. Harrison Street
Brownsville, TX 78520

_____
GEORGE P. POWELL

ClibPDF - www.fastio.com