IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 16 1998

Michael N. Milby, Clerk of Court

| | |
|---|---|
| EDWARD ALCALA, ET AL § | |
| § | |
| Plaintiffs, § | CIVIL ACTION NO. B-96-203 |
| § | |
| VS. § | |
| § | |
| ALEX PEREZ, in his official capacity as § | |
| Sheriff of Cameron County, Texas and § | |
| Cameron County, Texas § | |
| § | |
| Defendants § | |

## MOTION FOR MANDATORY MEDIATION

COME NOW EDWARD ALCALA, ET AL, Plaintiffs in the above cause and make this their motion that the Court order mediation and would show the Court as follows:

I.

Discovery is substantially complete. The case is ready for mediation. Mediation will save a tremendous amount of time and expense considering the number of Plaintiffs and the complexity of the case. Mediation should be ordered and the Plaintiffs believe that if done properly, the case has a good chance to settle to the advantage of all parties.

WHEREFORE, PREMISES CONSIDERED Plaintiffs pray that the Court grant this motion.

Respectfully submitted,

HINOJOSA & POWELL, P.C.
Attorneys at Law
5921 N. 23rd
McAllen, TX 78504
(956) 686-2413

BY: _____
    GEORGE P. POWELL
    Attorney for Plaintiffs
    State Bar No. 16196000

## CERTIFICATE OF CONFERENCE

    On the 12th day of January 1998 I conferred with Richard O. Burst, Attorney for Defendants and he does oppose said motion.

_____
GEORGE P. POWELL

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record on the 13th day of January, 1998 as follows:

Richard Burst
Attorney at Law
964 E. Harrison Street
Brownsville, TX 78520

_____
GEORGE P. POWELL