(1/11/98--lmv)                                                                                          NOTICE & SETTING

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
FEB 11 1998
Michael N. Milby, Clerk of Court

STATUS CONFERENCE---------------------------B/4 JUDGE GARZA

WED, MARCH 4, 1998-------------------------------------------2 P:
(Federal Courthouse & Post Office Bldg., 1001 E. Elizabeth, 3rd Floor Courtroom, Brownsville, TX 78520, 956/548-2701)

## C.A. NO. B96 203 (FBV)

| | | |
|---|---|---|
| EDWARD ALCALA, ET AL | * | George P Powell |
| VS | * | |
| ALEX PEREZ, in his official capacity as Sheriff of Cameron County, Texas | * | Richard O Burst and Dylbia L Jefferies |
| and CAMERON COUNTY, TEXAS | * | |