IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



FEB 2 6 1998

Michael N. Milby, Clerk

| | | |
|---|---|---|
| EDWARD ALCALA, et.al., | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NUMBER B-96-203 |
| | ) | |
| ALEX PEREZ, in his official capacity | ) | |
| as Sheriff of Cameron County, Texas, | ) | |
| and CAMERON COUNTY, TEXAS, | ) | JURY DEMAND |
| Defendant. | ) | |

## UNOPPOSED MOTION FOR CONTINUANCE

Cameron County and Perez move this Court to reset the STATUS CONFERENCE hearing now set for March 4, 1998, at 2 PM to March 19, 1998 at 2 PM.

County's attorney has planned to be out of town for the week of March 2nd for the purpose of visiting his ninety-two year old Father in Oklahoma. The trip was planned approximately two months ago so his Sister who is caring for his Father can take a trip to Florida to visit her mother-in-law.

The undersigned has spoken with Mr. James Herrmann, Of Counsel for Plaintiffs, who has consented to this motion after being advised of the reason therefor.

WHEREFORE, Defendant prays the STATUS CONFERENCE be reset to March 19, 1998, at 2 PM.

Respectfully,

For Cameron County
Cameron County Civil Legal Department
964 East Harrison Street
Brownsville, Texas 78578
(956) 550 1345

(956) 550 1348 (Facsimile)

BY: _____
Richard O. Burst
Attorney In Charge
Texas State Bar #00785586
S.D. No. 15515

Dylbia L. Jefferies
Of Counsel
Texas State Bar #00786516
S.D. No. 17065

## CERTIFICATE OF SERVICE

I, Richard O. Burst do hereby certify that a true and correct copy of the foregoing Motion has been mailed to Plaintiff's Attorney, James R. Herrmann, 802 E. Harrison, Suite 14, Harlingen, Texas 78551-2541 on this _26_ of February, 1998.

_____
Richard O. Burst

ClibPDF - www.fastio.com