IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDWARD ALCALA, et.al., | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NUMBER B-96-203 |
| | ) | |
| ALEX PEREZ, in his official capacity | ) | |
| as Sheriff of Cameron County, Texas, | ) | |
| and CAMERON COUNTY, TEXAS, | ) | JURY DEMAND |
|     Defendant. | ) | |

## ORDER RESETTING STATUS CONFERENCE

The Court having before it the Unopposed Motion of Defendant to continue the Status Conference previously set for March 4, 1998, finds that the same should be GRANTED.

IT IS THEREFORE ORDERED, that the STATUS CONFERENCE be reset from March 4, 1998 to MARCH 19, 1998, AT 2 PM.

DONE at Brownsville, Texas, this 27th day of February, 1998.

*[signature]*
JUDGE PRESIDING