(3/11/98--lm)                                                              NOTICE & SETTING

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

*United States District Court*
*Southern District of Texas*
**FILED**
**MAR 11 1998**
Michael N. Milby, Clerk of Court

STATUS CONFERENCE--------------------------------B/4 JUDGE GARZA

THURS, April 2, 1998----------------------------------------2 PM
(Federal Courthouse & Post Office Bldg., 1001 E. Elizabeth, 3rd Floor Courtroom, Brownsville, TX 78520, 956/548-2701)
(reset from March 19, 1998)

C.A. NO. B96 203 (FBV)

| | | |
|---|---|---|
| EDWARD ALCALA, ET AL | * | George P Powell |
| VS | * | |
| ALEX PEREZ, in his official capacity as Sheriff of Cameron County, Texas | * | Richard O Burst and Dylbia L Jefferies |
| and CAMERON COUNTY, TEXAS | * | |