IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDWARD ALCALA, et.al., | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NUMBER B-96-203 |
| | ) | |
| ALEX PEREZ, in his official capacity | ) | |
| as Sheriff of Cameron County, Texas, | ) | |
| and CAMERON COUNTY, TEXAS, | ) | JURY DEMAND |
| Defendant. | ) | |

## UNOPPOSED
## MOTION FOR CONTINUANCE

Cameron County and Perez move this Court to reset the STATUS CONFERENCE hearing now set for April 2, 1998, at 2 PM to April 17, 1998 at 9:30 AM.

County' Attorney is scheduled for surgery on March 30, 1998, and will be on medical leave for one week to ten days after surgery.

County's attorney has conferred with Patricia Hernandez, Attorney for Plaintiffs. She states she has conferred with co-counsel George Powell and Jim Herrmann. They have consented to this continuance after being advised of the reason therefore.

WHEREFORE, Defendant prays the STATUS CONFERENCE be reset to April 17, 1998, at 9:30 AM.

Respectfully,

For Cameron County
Cameron County Civil Legal Department
964 East Harrison Street
Brownsville, Texas 78578
(956) 550 1345
(956) 550 1348 (Facsimile)

BY: _____
  Richard O. Burst
  Attorney In Charge
  Texas State Bar #00785586
  S.D. No. 15515

  Dylbia L. Jefferies
  Of Counsel
  Texas State Bar #00786516
  S.D. No. 17065

## CERTIFICATE OF SERVICE

  I, Richard O. Burst do hereby certify that a true and correct copy of the foregoing Motion has been mailed to Plaintiff's Attorney, James R. Herrmann, 802 E. Harrison, Suite 14, Harlingen, Texas 78551-2541 on this _24_ of March, 1998.

           _____
           Richard O. Burst

ClibPDF - www.fastio.com