(4/13/98--lmv)  **NOTICE & SETTING**

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 13 1998

Michael N. Milby, Clerk of Court

STATUS CONFERENCE------------------------------------B/4 JUDGE GARZA

FRIDAY, MAY 8, 1998--------------------------------9:30 AM
(Federal Courthouse & Post Office Bldg., 1001 E. Elizabeth, 3rd Floor Courtroom, Brownsville, TX 78520, 956/548-2701)
(reset from April 15, 1998)

## C.A. NO. B96 203 (FBV)

| | | |
|---|---|---|
| EDWARD ALCALA, ET AL | * | George P Powell |
| | | James A Herrmann |
| VS | * | |
| ALEX PEREZ, in his official capacity as Sheriff of Cameron County, Texas | * | Richard O Burst and Dylbia L Jefferies |
| and CAMERON COUNTY, TEXAS | * | |