THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| EDWARD ALCALA, ET AL § | |
| § | |
| Plaintiffs, § | CIVIL ACTION NO. B-96-203 |
| vs. § | |
| § | |
| ALEX PEREZ, in his official § | |
| capacity as Sheriff of § | **CONSENT TO SUE** |
| Cameron County, Texas and § | |
| Cameron County, Texas, § | |
| § | |
| Defendants. § | |

United States District Court
Southern District of Texas
FILED

APR 22 1998

Michael N. Milby
Clerk of Court

I HEREBY GIVE MY CONSENT TO SUE FOR OVERTIME/LIQUIDATED DAMAGES OWED TO ME BY CAMERON COUNTY, TEXAS FOR THE PERIOD OF TIME WHICH I WAS EMPLOYED BY THE COUNTY.

DATE: 04/20/98

SIGNATURE: *Arabella Acosta*

Printed Name: ARABELLA ACOSTA
Address: 128 EL VALLE DRIVE
City: BROWNSVILLE, TX. 78521
Telephone No (956) 838-5344 / 838-1938
S.S. No. 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