United States District Court
Southern District of Texas
FILED

MAY 8 1998

Michael N. Milby, Clerk of Court

THE HONORABLE **FIDENCIO G. GARZA, JR.**, JUDGE PRESIDING
PAUL HAJJAR

## STATUS CONFERENCE

CIVIL ACTION **B-96-203**    DATE **May 8, 1998**    TIME **9:30 A.M.**

| | |
|---|---|
| EDWARD ALCALA, ET AL | PLAINTIFF(S) COUNSEL: GEORGE P. POWELL, JAMES A. HERRMANN, JOE VALLE & PATRICIA HERNANDEZ |
| VS. | |
| ALEX PEREZ, in his official capacity as SHERIFF OF CAMERON COUNTY, TEXAS and CAMERON COUNTY TEXAS | DEFENDANT(S) COUNSEL: RICHARD O. BURST |

THE PARTIES AGREED THAT PLAINTIFFS' 1ST AMENDED COMPLAINT AND DEFENDANTS' MOTION TO COMPEL BE FILED BY JUNE 1, 1998; THAT A HEARING ON DISCOVERY ISSUES BE SET FOR JUNE 30, 1998 AT 9:30 A.M.; AND CROSS MOTIONS ON PARTIAL SUMMARY JUDGMENT ARE TO BE FILED BY JULY 20, 1998. IT WAS FURTHER AGREED ON FOLLOWING: ALL DISCOVERY IS TO BE COMPLETED BY SEPTEMBER 15, 1998; ANY MOTION FOR EXTENSION OF DISCOVERY DEADLINE SHOULD BE FILED BY SEPTEMBER 1, 1998; JOINT PRETRIAL ORDER IS TO BE FILED BY OCTOBER 23, 1998 AND A FINAL PRETRIAL AND SETTLEMENT CONFERENCE IS TO BE HELD ON OCTOBER 30, 1998 AT 2:00 P.M. TRIAL ON THE MERITS IS SET FOR NOVEMBER 1998 DOCKET CALL.