

**United States District Court**
**Southern District of Texas**
**ENTERED**
**MAY 12 1998**
Michael N. Milby, Clerk of Court
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 8 1998

Michael N. Milby, Clerk of Court

EDWARD ALCALA, ET AL

VS.                                    C.A. NO. B-96-203 (FBV)

ALEX PEREZ, in his official capacity as
SHERIFF of CAMERON COUNTY, ET AL

## ORDER

On this day came on to be considered a motion for extension of docket dates in the above-entitled and number case, accordingly:

IT IS HEREBY ORDERED THAT:
A Hearing on Discovery issues is hereby set for June 30, 1998 @ 9:30 A.M.

(1) All discovery in this case must be completed by __September 15, 1998__. If additional time is required, a motion requesting such extension must be filed no later than __September 1, 1998__. Failure to file such motion shall conclude further discovery.

(2) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3) A joint pretrial order, in full compliance with the local rules, setting forth the following matters shall be filed no later than __October 23, 1998__:

    (a) the nature of the case;
    (b) contentions of the parties;
    (c) stipulations;
    (d) specific issues of fact, as they are submitted to the jury;
    (e) issues of law, if any;
    (f) list of all pending motions;
    (g) approximate duration of trial; and
    (h) in non-jury cases, specific proposed findings of fact and conclusions of laws.

THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE..

(4) A final pretrial and settlement conference is set for __October 30, 1998 @ 2:00 P.M.__.

(5) Trial on the merits is set for __November 1998__, docket call.

DONE at Brownsville, Texas, on __May 8, 1998__.

John Wm. Black
United States Magistrate Judge