7760

United States District Court
Southern District of Texas
FILED

JUN 03 1998

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDWARD ALCALA, et al., | § | |
| | § | CIVIL ACTION NO. **B-96-203** |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| ALEX PEREZ, in his official capacity as | § | |
| Sheriff of Cameron County, Texas and | § | |
| Cameron County, Texas, | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFFS' UNOPPOSED MOTION TO AMEND COMPLAINT

Plaintiffs hereby move to amend their complaint and in support of said motion would respectfully show the following:

1. Plaintiffs have substantially completed their discovery in the above cause and have more clearly identified the policies and practices of the defendants about which plaintiffs complain and have more clearly set out these policies and practices in plaintiffs' first amended original complaint.

2. In addition, additional plaintiffs have filed consents to due in this cause who are reflected in the first amended original complaint.

3. Filing this first amended original complaint will assist in narrowing the issues to be resolved.

**WHEREFORE,** plaintiffs pray that they be granted leave to file their first amended original complaint in the above cause.

Respectfully submitted,

BY: *George P. Powell*
GEORGE P. POWELL
State Bar No. 16196000
Fed. I.D. No. 3849
"Attorney In Charge"
**HINOJOSA & POWELL, P.C.**
612 Nolana, Ste. 410
McAllen, TX 78504
(956) 686-2413
Fax No. (956) 686-8462

JAMES A. HERRMANN
State Bar No. 09541500
Fed. I.D. No. 3824
1205 E. Tyler Avenue
P O Box 2541
Harlingen, TX 78551-2541
(956) 421-5776
Fax No. (956) 421-5779

JOE VALLE
State Bar No. 20435450
Fed. I.D. No. 11422
1120 E. 10th Street
Brownsville, Texas 78520
(956) 546-2829
Fax No. (956) 542-4084

PATRICIA A. HERNANDEZ
State Bar No. 00790874
Fed. I.D. No. 18085
117 E. Price Road
Brownsville, TX 78521
(956) 541-9001
Fax No. (956) 550-9553

## CERTIFICATE OF CONFERENCE UNDER RULE 6

I, JAMES A. HERRMANN, do hereby certify that on Tuesday, June 2, 1998, I called and spoke to Richard O. Burst, attorney for defendant, and asked if he opposed the filing of Plaintiffs' First Amended Original Complaint and he did not object to this motion.

## CERTIFICATE OF SERVICE

I, GEORGE P. POWELL, do hereby certify that on this the 1st day of June, 1998, I caused to be mailed a true and correct copy of Plaintiffs' Motion for Leave to File First Amended Original Complaint to defendants' attorney of record:

Mr. Richard O. Burst
**Legal Division Commissioners' Court**
964 E. Harrison St.
Brownsville, TX  78520

_____
GEORGE P. POWELL