

United States District Court
Southern District of Texas
FILED

JUN 03 1998

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDWARD ALCALA, et al., | § § | CIVIL ACTION NO. **B-96-203** |
| Plaintiffs, | § § | |
| vs. | § § | |
| | § | **PLAINTIFFS' FIRST AMENDED** |
| ALEX PEREZ, in his official capacity as | § | **ORIGINAL COMPLAINT** |
| Sheriff of Cameron County, Texas and | § | |
| Cameron County, Texas, | § | **JURY DEMAND** |
| | § | |
| Defendants. | § | |

## I. PRELIMINARY STATEMENT

1. This is an action by employees of the Cameron County Sheriff's Department under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* and § 16(b). The plaintiff officers who include detention officers, investigators, patrol officers, and miscellaneous other officers of the Cameron County Sheriff's Department have worked many hours of overtime without compensation. As public employees, the plaintiffs are entitled to overtime pay compensatory time pay or straight time pay for all hours worked. The plaintiffs have been unlawfully denied their pay for hours worked either at straight time, time and a half overtime, or time and a half compensatory time. Plaintiffs herein demand all wages and overtime owed plus an equal amount as liquidated damages. This action is brought as a collective action under 216(b).

## II. JURISDICTION

2. This Court has jurisdiction of this cause under 29 U.S.C. § 216(b) Fair Labor Standards Act and 28 U.S.C. § 1331 federal question.

## III. PARTIES

3. Plaintiffs are employees and former employees:

| | | |
|---|---|---|
| Arabella Acosta | Daniel Campos | Irma De La Garza |
| Edward Alcala | Rolando Cano Jr. | Hortencia De La Pena |
| Victor Alvarado | Amado Cantu | Alfred De Los Santos |
| Guillermo Alvarez | Ernesto Cantu | Robert De Los Santos |
| Joe Anzaldua III | Juan Jose Canul | Cesar R. Diaz |
| Joe Anzaldua IV | Joseph J. Canul | Domingo Diaz Jr. |
| Juan Manuel Aranda Jr. | Rene Capistran | Robert Domanski |
| Roy Armendariz | Luciano Cardenas | Gregorio Escamilla |
| Andres Arreola | Miguel Cardenas | Luis Esparza |
| Roel Arreola | Ignacio Casanova | Nora Esparza |
| Antonio Arriaga | Guadalupe Castillo Sr. | Roberto Esparza Jr. |
| Heriberto Avila | Guadalupe Castillo Jr. | Jimmy Espindola |
| Jose Balboa Jr. | Jorge Castorena | Raul Fernandez |
| Emilio Balli | Johnny Cavazos | Agustin Flores |
| Raul Banda | Jose F. Cavazos Jr. | Alejandro Flores |
| Mike M. Barburena | Jose L. Cepeda | Arturo Flores |
| Armando Barbosa | Hector Cervantes | Celso Flores |
| Cleo L. Beauford | Martha Cervantes | Ernesto Flores |
| Bert M. Blanchard | Juan A. Cisneros | Ernesto G. Flores |
| Jose Gilberto Blanco Jr. | Manuel Cisneros | Gilbert Flores |
| Rene J. Borrego | Marco A. Claire | Juan J. Flores |
| Gilbert Briones | Alonzo Corona | Mary Ann Flores |
| Merced Burnias Jr. | Juan N. Cortez | John Frizzell |
| Luis Burrola | Lucio M. Cortinas | Hector Galicia |
| Salvador G. Cabrera | George Cruz | Hugo Galicia |
| Bernardo Camacho | Marian Culver | Abel G. Garcia |
| Enrique Camarillo | Jaime Davalos | Alex Garcia |
| Juana Campbell | Benito De La Cruz | Fausta Garcia |

| | | |
|---|---|---|
| George L. Garcia | Roman A. Gracia | German Martin |
| Gregorio Garcia | Joe Guajardo | Luis Gonzaga Martinez Jr. |
| Jose A. Garcia | Alfredo Guerra Jr. | Nat Martinez |
| Jose Luis Garcia | Efrain Guerrero | Tomas G. Martinez |
| Jose R. Garcia | Frank Guerrero | Jesus N. Medina |
| Maria De Jesus D. Garcia | Alfredo Gutierrez | Ramiro Medrano |
| Omar Garcia | Jose T. Gutierrez Jr. | Rolando Medrano Sr. |
| Patricio M. Garcia | Martha Gutierrez | Rolando Medrano Jr. |
| Pedro Garcia Jr. | Martin Guzman | Wenceslado Melendez Jr. |
| Raul Garcia | Javier Hernandez | Luis Alberto Mendietas |
| Ricardo Garcia | Raul Hernandez | Juan Mendoza Jr. |
| Roy S. Garcia | Xavier Lee Hernandez | Ramon Luis Michel |
| San Juana Perez Garcia | Juan Herrera III | Lorenzo Molano |
| Vidal Garcia | Mirosalva Herrera | Jorge Moncada |
| Eusebio Garza | Manuel Hinojosa III | Samuel Montemayor |
| Gerardo Garza Sr. | Daniel Huerta | Jose A. Montes |
| Jose Candelario Garza | Dolores Benavides Ibarra | Jaime Munivez |
| Jose Carlos Garza | Robert D. Johnson | Juan Munoz |
| Manuel M. Garza | John F. Keener | Floyd Nelson |
| Pedro Garza | Pernal Keener | Jaime Nelson |
| Rogelio Garza | Jorge R. Kowalski | Lelina Nieto |
| Sabas Garza | Fermin Leal | Martin Nieto |
| Sophie Ann Garza | Hector Leal | Manuel Nunez Jr. |
| John A. Gilbert | Mike A. Leinart | Samuel Nunez |
| Elida C. Gomez | David Limon | Roger Olsson |
| Gilbert Gomez | Jose Longoria Jr. | Joe Olvera |
| Santos Gomez | Jose Garcia Longoria Jr. | David Ortega Jr. |
| Armando Gonzalez | Francisco Lopez | Isaias Padilla |
| David Gonzalez | Jose Lopez | Maria A. Padilla |
| Edmundo H. Gonzalez | Robert Lopez | Joe Paz |
| Elizabeth Sosa Gonzalez | Victor Lopez | Javier Pena |
| Francisco Gonzalez | Guillermo M. Lozano III | Rosendo Pena |
| George L. Gonzalez | Rodolfo Ismael Lozano | Abel Perez Jr. |
| Hector Javier Gonzalez | Fernando Lucio | Carlos R. Perez |
| Homer Gonzalez | Alfredo Luna | David Perez Jr. |
| J.M. Gonzalez | Luis Luna Jr. | Raul Perez Jr. |
| Roberto L. Gonzalez | Armando Maldonado | Ricardo David Perez |
| Sylvia Gonzalez | Cristina Maldonado | Javier F. Pineda |
| Thomas Gonzalez III | Rolando Mancilla | Analicia G. Ponce |

Antonio B. Ramirez
Daniel Ramirez
Jose Ramirez
Ramiro Raya
Andy Reed
Reynaldo Rey
Juan Reyna Jr.
Juan G. Reyna
Jose Angel Rivas Jr.
Rolando Rivas
Agustin Rivera Jr.
Jose A. Rocha
Alonzo Rodriguez
Amadeo Rodriguez
Feliza Rodriguez
Juan Jose Rodriguez
Juan Luis Rodriguez
Raul E. Rodriguez
Ricardo Rodriguez
Robert Rodriguez Jr.
Rogelio Rodriguez
Jesus Rosas
Jose Roberto Ruiz
Roman Ruiz
Joseph C. Saenz
Belinda Salas
Crispin G. Salazar
Gilbert Salazar
Omar Salazar
Tomas Salazar
Eduardo M. Sanchez
Frank Sanchez
John A. Sanchez
Sylvia Ann Santillana
Luis Humberto Shuete
Roberto Silva
Harry Stevens Jr.
Armando Tenorio
John Tomalenus

Abel E. Torrez III
Antonio Torres
Raul Torres Jr.
Michael E. Trejo
Albert Trevino Jr.
Edmundo Trevino
Edward Trevino
Federico Trevino
Hilda Trevino
Juanita Trevino
Raul Trevino
Luis I. Valdez
Cesar R. Valdes
Dolores Y. Valle
Martin A. Vallejo
Jeffrey Frank Vancise
Jimmy S. Vasquez Jr.
Enedina Velasco
Mario X. Vera
Maria G. Vidal
Conrado G. Villanueva III
Isaias Villarreal Jr.
Jose Villarreal Jr.
Jose Arturo Villarreal Jr.
Juan E. Villarreal
Rodolfo Villarreal
Terry Wayne Vinson
Richard Allen Walker
Walter L. Weaver
James Woodard
Jose Luis Yanez
Elias Ybarra
Horacio A. Zamora
Joel Zamora
Eduardo Zepeda
Gilberto Zepeda
Roy Zepeda

4. Defendant Omar Lucio and his predecessor are sued in their official capacities. The Sheriff and defendant Cameron County, Texas are an employer within the meaning of the Fair Labor Standards Act.

## IV. FACTS

5. The plaintiffs are employees of the defendant within the meaning of the Fair Labor Standards Act.

6. Over the years, the defendants have had a policy or policies of failing to record hours worked in excess of the regularly assigned shift.

7. The defendants have failed to keep accurate time records for various categories of employees, including patrol officers, investigators, transportation officers, bailiffs and detention officers.

8. Defendants have not kept accurate records of hours worked as a matter of practice. Defendants records do not reflect the hours that plaintiffs have actually worked.

9. Defendants and its agents have knowingly and willfully failed to record time actually worked and have intentionally failed and refused to record what would have been compensatory time and a half.

10. Defendants have long been aware of the above problems regarding overtime hours and have failed to comply with federal laws regarding record keeping and compensation.

11. The defendants have operated their compensatory time program in such a manner as to deny the plaintiffs their straight time, compensatory time, or overtime pay for all hours worked.

12. The defendants have not paid the plaintiffs overtime wages in lieu of allowing plaintiffs to take their compensatory time off.

13. The defendants have prohibited the plaintiffs from taking compensatory time off and have denied their responsibility to pay overtime wages for all hours accumulated or to allow compensatory time.

14. The defendants engage in the following pattern and practices to deprive the plaintiffs of pay for all hours worked:

   a. purporting to place all employees on a salary basis when in fact all employees are paid on an hourly basis;

   b. failed to compensate investigators for the one half hour before shift and during lunch period when they are on call;

   c. failed to compensate employees who acted as reserve deputies;

   d. failed to compensate investigators for meetings and training held outside the regular shift;

   e. failed to compensate patrol deputies the thirty minutes worked before shift and for lunch periods on call and for time worked over shift;

   f. failed to compensate patrol deputies and detention officers for extra days worked on a shift change;

g.  failed to compensate patrol deputies for training time outside their regular shift;

h.  failed to fully compensate employees for transporting prisoners out of the county;

i.  failed to compensate detention officers for the fifteen minutes before and fifteen minutes after shift;

j.  failed to compensate detention officers for time spent performing head counts over the normal shift;

k.  failed to compensate detention officers for cell searches performed over the shift; and,

l.  failed to pay overtime pay for straight time for all hours employed in excess of 160 hours in a work period.

## V. CAUSE OF ACTION

15. Defendants have a pattern of depriving the plaintiffs overtime wages and compensatory time by means of various systemic practices all in violation of the Fair Labor Standards Act.

16. The Defendants' conduct and unlawful practices in regard to overtime and compensatory time affect all present and former employees in the same or similar manner thus making appropriate notice to the potential class of plaintiffs notifying them of the pendency of this action and allowing them an opportunity to opt into the case. This is an appropriate collective action under § 216(b).

17. Plaintiffs and all those similarly situated are entitled to their overtime pay in an amount which is one and one half time their current pay or in the case of an employee who

is no longer employed, one and one half times their hourly wage at the time of termination. Plaintiffs are also entitled to an equal amount in liquidated damages for the defendants' intentional willful and reckless disregard of the plaintiffs rights under the Fair Labor Standards Act.

**WHEREFORE,** plaintiffs pray that upon trial of this cause that judgment be entered awarding the plaintiffs:

1. Unpaid compensation for all hours worked in excess of forty hours at the rate of one and one half time their regular hourly wage;

2. An equal amount as liquidated damages as allowed under the Fair Labor Standards Act;

3. An injunction against further violations;

4. Pre and post judgment interest as provided by law;

5. Reasonable attorney's fees, costs and expenses as provided in the Fair Labor Standards Act; and,

6. Such other and further relief to which the plaintiffs may be entitled.

Respectfully submitted,

BY: *George P. Powell*
GEORGE P. POWELL
State Bar No. 16196000
Fed. I.D. No. 3849
"Attorney In Charge"
**HINOJOSA & POWELL, P.C.**
612 Nolana, Ste. 410
McAllen, TX 78504
(956) 686-2413
Fax No. (956) 686-8462

JAMES A. HERRMANN
State Bar No. 09541500
Fed. I.D. No. 3824
1205 E. Tyler Avenue
P O Box 2541
Harlingen, TX 78551-2541
(956) 421-5776
Fax No. (956) 421-5779

JOE VALLE
State Bar No. 20435450
Fed. I.D. No. 11422
1120 E. 10th Street
Brownsville, Texas 78520
(956) 546-2829
Fax No. (956) 542-4084

PATRICIA A. HERNANDEZ
State Bar No. 00790874
Fed. I.D. No. 18085
117 E. Price Road
Brownsville, TX 78521
(956) 541-9001
Fax No. (956) 550-9553

## CERTIFICATE OF SERVICE

I, GEORGE P. POWELL, do hereby certify that on this the 3rd day of June, 1998, I caused to be mailed a true and correct copy of Plaintiffs' First Amended Original Complaint to defendants' attorney of record:

Mr. Richard O. Burst
**Legal Division Commissioners' Court**
964 E. Harrison St.
Brownsville, TX 78520

_George P. Powell_
GEORGE P. POWELL