| | | |
|---|---|---|
| COURTROOM MINUTES | | |
| MAGISTRATE | FIDENCIO G. GARZA, JR. | PRESIDING |
| COURTROOM CLERK | GUADALUPE VEGA | |
| COURT REPORTER/TAPE NO.: | GABRIEL MENDIETA, ERO | |
| LAW CLERK | PAUL HAJJAR | |
| INTERPRETER | | |
| U. S. MARSHAL | PAUL INFANTE, CSO | DATE: JUNE 30, 1998 |

United States District Court
Southern District of Texas
FILED

JUN 3 0 1998

Michael N. Milby, Clerk of Court

CIVIL ACTION NO. B-96-203

EDWARD ALCALA, ET AL

GEORGE POWELL, JAMES HERRMANN,
PATRICIA HERNANDEZ & JOE VALLE

VS.

ALEX PEREZ, in his official capacity as
SHERIFF OF CAMERON COUNTY, TEXAS and
CAMERON COUNTY, TEXAS

RICHARD O. BURST

DOCKET ENTRY: PROCEEDING   HEARING ON DISCOVERY ISSUES

HEARING HELD WITH THE ABOVE-NAMED COUNSEL. MOTION FOR LEAVE TO AMEND COMPLAINT GRANTED. HEARING HELD ON MOTION TO COMPEL. DEFENDANTS PRESENTED ARGUMENTS ON THEIR MOTION TO COMPEL PLAINTIFFS RESPONDED. MOTION TO COMPEL GRANTED. PLAINTFFS TO ANSWER OUTSTANDING DISCOVERY WITHIN 60 DAYS. DEFENDANT WILL HAVE 90 DAYS TO DEPOSE PLAINTIFFS. MR BURST SHALL PREPARE AND SUBMIT AN ORDER REFLECTING TODAY'S RULINGS.