



164

United States District Court
Southern District of Texas
FILED

JUN 3 0 1998

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDWARD ALCALA, et al., | § | |
| | § | CIVIL ACTION NO. **B-96-203** |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| ALEX PEREZ, in his official capacity as | § | |
| Sheriff of Cameron County, Texas and | § | |
| Cameron County, Texas, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO AMEND COMPLAINT

Plaintiffs having filed a motion to amend their complaint in the above cause and it appearing that the motion is uncontested and that there are adequate grounds for granting said motion, it is hereby

**ORDERED** that the plaintiffs' are granted leave to file their first amended original complaint attached to their motion.

**SIGNED** this 30th day of June, 1998 in Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE-Magistrate