United States District Court
Southern District of Texas
ENTERED
JUL 0 2 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
JUL 2 1998
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

EDWARD ALCALA, et.al.,           )
          Plaintiffs,             )
                                  )
v.                                )   CIVIL ACTION NUMBER B-96-203
                                  )
ALEX PEREZ, in his official capacity )
as Sheriff of Cameron County, Texas, )
and CAMERON COUNTY, TEXAS,        )   JURY DEMAND
          Defendant.              )

## ORDER ON DEFENDANT'S
## MOTION TO COMPEL DISCOVERY RESPONSES

On June 30, 1998, the Court considered Defendant's motion to compel Plaintiffs' to file responses to Defendant's interrogatories and requests for production. After considering the motion and response, and after hearing, the Court GRANTS the motion.

IT IS THEREFORE ORDERED, that Plaintiffs respond to Defendant's interrogatories and request for production on or before August 30, 1998.

IT IS FURTHER ORDERED THAT Defendant has until November 28, 1998, in which to complete discovery.

SIGNED on this 2nd day of July, 1998.

_____
JUDGE PRESIDING