United States District Court
Southern District of Texas
FILED

SEP 15 1998

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| EDWARD ALCALA, et.al., ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NUMBER B-96-203 |
| ) | |
| ALEX PEREZ, in his official capacity ) | |
| as Sheriff of Cameron County, Texas, ) | |
| and CAMERON COUNTY, TEXAS, ) | JURY DEMAND |
|     Defendant. ) | |

## MOTION FOR STATUS CONFERENCE

Defendant requests a status conference be set for purposes of setting new motion cut off and trial dates, and show the Court:

1. On May 8, 1998, an Order was issued setting trial on the merits for the November docket, and fixing the discovery cut off on September 15, 1998, among other settings.

2. Subsequently, on July 2, 1998, the Court granted Defendant's Motion to Compel ordering Plaintiffs to respond to Defendants first interrogatories and request for production by August 30, 1998. And extending discovery to November 28, 1998.

3. It is apparent that the subsequent granting of Defendant's Motion To Compel and extending discovery is not compatible with the earlier settings.

WHEREFORE, Defendant prays this Court set a status conference for the purpose of discussing the status of this case and setting new pretrial, trial and motion dates.

Respectfully,

For Cameron County
Cameron County Civil Legal Department
964 East Harrison Street
Brownsville, Texas 78578

(956) 550 1345
(956) 550 1348 (Facsimile)

BY: _____
Richard O. Burst
Attorney In Charge
Texas State Bar #00785586
S.D. No. 15515

Dylbia L. Jefferies
Of Counsel
Texas State Bar #00786516
S.D. No. 17065

## CERTIFICATE OF SERVICE

I, Richard O. Burst do hereby certify that a true and correct copy of the foregoing Motion has been mailed to Plaintiff's Attorney, James R. Herrmann, P.O. Box 2541, Harlingen, Texas 78550-2541 on this 14th of September, 1998.

_____
Richard O. Burst