172

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 15 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

EDWARD ALCALA, ET AL        *
                            *
    VS                      *   C.A. B96 203
                            *
ALEX PEREZ, ET AL           *

## O R D E R

On October 14, 1998, the Court considered Defendant's Motion for Sanctions for discovery abuse. After considering the Motion and the response, the Court **DENIES** Defendant's Motion for Sanctions. Dismissal of a cause of action would be too harsh a sanction at this time.

DONE at Brownsville, Texas, this 14th day of October, 1998.

_____
John Wm. Black
United States Magistrate Judge