/73

United States District Court
Southern District of Texas
ENTERED

OCT 15 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| EDWARD ALCALA, et.al., ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NUMBER B-96-203 |
| ) | |
| ALEX PEREZ, in his official capacity ) | |
| as Sheriff of Cameron County, Texas, ) | |
| and CAMERON COUNTY, TEXAS, ) | JURY DEMAND |
| Defendant. ) | |

## NOTICE OF STATUS CONFERENCE

The Court having before it Defendant's Motion For Status Conference is of the opinion that it should be granted.

This case is therefore set for status conference before Magistrate Judge John Wm. Black on the 19th day of November, 1998, at 2:00 .m. **The final pretrial and settlement conference scheduled for October 30, 1998, is hereby CANCELLED.**

John Wm. Black
United States Magistrate Judge

**DATE: October 14, 1998**