*174*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 16 1998

Michael N. Milby
Clerk of Court

| | |
|---|---|
| EDWARD ALCALA, et.al., ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NUMBER B-96-203 |
| ) | |
| ALEX PEREZ, in his official capacity ) | |
| as Sheriff of Cameron County, Texas, ) | |
| and CAMERON COUNTY, TEXAS, ) | JURY DEMAND |
|     Defendant. ) | |

## UNOPPOSED MOTION TO
## RESET STATUS CONFERENCE

Defendant Cameron County asks the Court to reset the Status Conference now set for November 19, 1998 at 2:00 p.m., for the reason that both Richard Burst, Attorney in Charge, and Dylbia Jefferies, Off Counsel, for County will be attending a National District Attorney Association "Government Civil Practice" seminar from Sunday November 15th through Thursday November 19th, in New Orleans, and will not be returning until November 22nd.

The undersigned has talked with James Herrmann Attorney for Plaintiffs. He was given the reason for this request, and stated he was not opposed.

WHEREFORE, County prays the Status Conference set for November 20, 1998 be reset.

Respectfully,

For Cameron County
Cameron County Civil Legal Department
964 East Harrison Street
Brownsville, Texas 78578
(956) 550 1345
(956) 550 1348 (Facsimile)

BY_____

Richard O. Burst
Attorney In Charge
Texas State Bar #00785586
S.D. No. 15515

Dylbia L. Jefferies
Of Counsel
Texas State Bar #00786516
S.D. No. 17065

## CERTIFICATE OF SERVICE

I, Richard O. Burst do hereby certify that on this 16 day of October 1998, a true and correct copy of the foregoing Motion has been mailed, certified, return receipt requested to:

George P. Powell
HINOJOSA & POWELL, P.C.
612 Nolana, Suite 410
McAllen, Texas 78504

Richard O. Burst