IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
OCT 2 0 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| EDWARD ALCALA, et.al., ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NUMBER B-96-203 |
| ) | |
| ALEX PEREZ, in his official capacity ) | |
| as Sheriff of Cameron County, Texas, ) | |
| and CAMERON COUNTY, TEXAS, ) | JURY DEMAND |
| Defendant. ) | |

## ORDER RESETTING STATUS CONFERENCE

The Court having before it Defendant County's unopposed motion to reset the status conference, and being of the opinion that it should be GRANTED, resets the Status Conference to __December 11__, 1998, at __1:30__ o'clock __P__. M., before Magistrate Judge John Wm. Black.

IT IS SO ORDERED.

SIGNED on __20th__ day of __October__, 1998, in Brownsville, Texas.

_____
Presiding Judge