*177*

# CHAMBERS MINUTES

**John Wm. Black, Judge Presiding**
**Southern District of Texas, Brownsville Division**

Date         :   Dec 11, 1998, 1:28 pm
--------------------------------------------------------------------
                 **C.A. NO.** B96 203 (FBV)
--------------------------------------------------------------------
EDWARD ALCALA, ET AL                    *       George P Powell
                                                James A Herrmann
          vs                            *

ALEX PEREZ, in his official capacity    *       Richard O Burst
as Sheriff of Cameron County                    & Dylbia L Jefferies

and CAMERON COUNTY, TEXAS               *          "
--------------------------------------------------------------------
                    STATUS CONFERENCE

Attorneys Powell and Burst appeared.

The Court shall recommend that the parties not listed on the Response to the Motion to Dismiss be dismissed.

Motion for summary judgment shall be filed on or before January 11, 1999, and the response shall be filed on or before February 26, 1999. **A hearing on the motion for summary judgment is set for March 18, 1999, at 1:30 p.m.**