*179*

United States District Court
Southern District of Texas
ENTERED

JAN 0 8 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDWARD ALCALA, et al., | § | |
| Plaintiffs, | § | CIVIL ACTION NO. **B-96-203** |
| vs. | § | |
| ALEX PEREZ, in his official capacity as Sheriff of Cameron County, Texas and Cameron County, Texas, | § | |
| Defendants. | § | |

## ORDER

Plaintiffs having filed an amended unopposed motion for extension of time to file motion for summary judgment and it hereby appears that said motion is unopposed and there are adequate grounds for granting said motion, it is hereby

**ORDERED** that the plaintiffs file their motion for summary judgment on or before the 28th day of January, 1999 and, the defendants shall have until on or before the 15th day of March, 1999 to file its opposition.

**SIGNED** in Brownsville, Texas on the 8TH day of January, 1999.

UNITED STATES MAGISTRATE