IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| EDWARD ALCALA, et al. | § | |
|     Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-96-203 |
| | § | |
| ALEX PEREZ, in his official capacity | § | |
| as Sheriff of Cameron County, Texas, | § | |
| and CAMERON COUNTY, TEXAS | § | |
|     Defendants | § | |

## ORDER

Before the Court is Defendants' Motion to Dismiss as to Certain Plaintiffs (Docket No. 170) for failure to respond to interrogatories in the above-referenced cause of action.

Upon review of Defendant's Motion and the case file, particularly this Court's Order compelling Plaintiff's to respond to interrogatories and request for discovery by August 30, 1998 (Docket No. 165), the court finds that the Motion should be **GRANTED** and the claims brought by the following Plaintiffs be dismissed:

1. Aranda Jr., Juan Manuel
2. Barbarena, Mike M.
3. Barbosa, Armando
4. Beauford, Cleo L.
5. Cantu, Amado
6. Canul, Joseph J.
7. Canul, Juan Jose
8. Cardenas, Luciano
9. Cardenas, Miguel
10. Casanova, Ignacio
11. Castorena, Jorge
12. Cavazos, Johnny
13. Claire, Marco A.
14. Cortinas, Lucio M.
15. Cruz, George

16. Culver, Marian
17. De Los Santos, Robert
18. Diaz, Cesar R.
19. Diaz Jr., Domingo
20. Domanski, Robert
21. Esparza, Nora
22. Flores, Alejandro
23. Flores, Juan J.
24. Garcia, Alex
25. Garcia, San Juan Perez
26. Garza, Eusebio
27. Garza, Sophie Ann
28. Gilbert, John A.
29. Gomez, Santos
30. Gonzalez III, Thomas
31. Guajardo, Joe
32. Guerrero, Frank
33. Herrera III, Juan
34. Hinojosa III, Manuel
35. Huerta, Daniel
36. Ibarra, Dolores Benavides
37. Longoria Jr., Jose
38. Lozano III, Guillermo M.
39. Martin, German
40. Martiniez, Nat
41. Medina, Jesus N.
42. Medrano Jr., Rolando
43. Montemayor, Samuel
44. Montes, Jose A.
45. Munivez, Jaime
46. Nunez, Samuel
47. Paz, Joe
48. Pena, Rosendo
49. Perez Jr., Raul
50. Perez, Ricardo David
51. Raya, Ramiro
52. Reed, Andy
53. Rodriguez, Juan Luis
54. Rodriguez, Raul E.
55. Rodriguez Jr., Roberto
56. Ruiz, Jose Roberto
57. Salas, Belinda
58. Salazar, Gilbert
59. Santillana, Sylvia Ann

60. Shuete, Luis Humberto
61. Trejo, Michael E.
62. Trevino, Edmundo
63. Trevino, Federico
64. Valle, Dolores Y.
65. Vidal, Maria G.
66. Ybarra, Elias
67. Zamora, Horacio A.
68. Zepeda, Eduardo
69. Zepeda, Gilberto

IT IS THEREFORE **ORDERED**, that Defendants' Motion to Dismiss as to Certain Plaintiffs be **GRANTED** for failure to respond to interrogatories.

SIGNED this 2ND day of FEBRUARY, 1999.

Filemon B. Vela
United States District Judge

3