*182*

United States District Court
Southern District of Texas
FILED

FEB 12 1999

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| EDWARD ALCALA, et al., § | |
| § | CIVIL ACTION NO. **B-96-203** |
| Plaintiffs, § | |
| § | |
| vs. § | |
| § | **PLAINTIFFS' UNOPPOSED** |
| ALEX PEREZ, in his official capacity as § | **MOTION TO MODIFY** |
| Sheriff of Cameron County, Texas and § | **ORDER EXCLUDING** |
| Cameron County, Texas, § | **CERTAIN PLAINTIFFS** |
| § | |
| Defendants. § | |

Plaintiffs hereby move to modify this Court's Order of February 3, 1999 and in support of said motion would respectfully show the following:

1. On February 3, 1999 an order was entered excluding some sixty-nine (69) named plaintiffs. Included in this list were Juan Jose Canul #7, Nora Esparza #21, Alex Garcia #24, Santos Gomez #29, Jaime Munivez #45, Raul E. Rodriguez #54. Plaintiffs' counsel and defendant's counsel, Richard O. Burst, had agreed prior to September 11, 1998, that plaintiffs who filed his or her interrogatories on or before September 11, 1998 would not be contested because these people had not been found until after August 30, 1998. Actually Alex Garcia filed his interrogatories on August 17, 1998 and was mistakenly included in defendant's motion. All of the just named plaintiffs served their interrogatories on or before September 11, 1998 to the defendants.

**WHEREFORE,** plaintiffs pray that Juan Jose Canul, Nora Esparza, Alex Garcia, Santos Gomez, Jaime Munivez and Raul E. Rodriguez be reinstated in this case.

Respectfully submitted,

BY: *[signature: James A. Herrmann]*
JAMES A. HERRMANN
State Bar No. 09541500
Fed. I.D. No. 3824
1205 E. Tyler Avenue
Harlingen, TX 78550
(956) 421-5776
Fax No. (956) 421-5779

GEORGE P. POWELL
State Bar No. 16196000
Fed. I.D. No. 3849
"Attorney In Charge"
**HINOJOSA & POWELL, P.C.**
612 Nolana, Ste. 410
McAllen, TX 78504
(956) 686-2413
Fax No. (956) 686-8462

JOE VALLE
State Bar No. 20435450
Fed. I.D. No. 11422
1120 E. 10th Street
Brownsville, Texas 78520
(956) 546-2829
Fax No. (956) 542-4084

PATRICIA A. HERNANDEZ
State Bar No. 00790874
Fed. I.D. No. 18085
117 E. Price Rd.
Brownsville, TX 78521
(956) 541-9001
Fax No. (956) 550-9553

## MOTION UNDER RULE 6

On Tuesday, February 9, 1999, I spoke with Richard O. Burst, and he agreed that he would not oppose a motion to reinstate the plaintiffs set forth in this motion.

## CERTIFICATE OF SERVICE

I, JAMES A. HERRMANN, do hereby certify that on this the <u>10th</u> day of February, 1999, I caused to be mailed a true and correct copy of Plaintiffs' Unopposed Motion to Modify Order Excluding Certain Plaintiffs to defendants' attorney of record:

Mr. Richard O. Burst
**Legal Division Commissioners' Court**
964 E. Harrison St.
Brownsville, TX  78520

_/s/ James A. Herrmann_
JAMES A. HERRMANN

3