184

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDWARD ALCALA, et al., | § § § | |
| Plaintiffs. | § § | |
| V. | § | Civil Action B-96-203 |
| | § § | |
| ALEX PEREZ, in his official capacity Sheriff of Cameron County, Texas and Cameron County, Texas, | § § § § | |
| Defendants. | § | |

United States District Court
Southern District of Texas
FILED

MAR 1 8 1999

Michael N. Milby
Clerk of Court

## AGREED MOTION TO RESET HEARING

It is agreed by the parties that the hearing in the above case set for March 18, 1999 at 1:30 p.m. should be reset for a later date.

The reason is that the hearing was set regarding motions for summary judgment. The deadlines for the motions were pushed back, but the hearing date was not. The plaintiffs received the defendants' motions on March 15, 1999. The Plaintiffs need more time to respond.

The parties request another hearing date.

BY PERMISSION

_____
GEORGE POWELL
Attorney for Plaintiffs
612 Nolana, Suite 410
McAllen, Texas 78504
956/686-2413
956/686-8462 fax

Respectfully submitted,

_____
RICHARD O. BURST
Attorney for Defendants
Legal Division Commissioners Court
964 E. Harrison Street
Brownsville, Texas 78520
956/550-1345
956/550-1348 fax