IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 3 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EDWARD ALCALA, et.al., | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NUMBER B-96-203 |
| | ) | |
| ALEX PEREZ, in his official capacity | ) | |
| as Sheriff of Cameron County, Texas, | ) | |
| and CAMERON COUNTY, TEXAS, | ) | JURY DEMAND |
| Defendant. | ) | |

### ORDER RESETTING
### HEARING ON SUMMARY JUDGMENT

The Court having before it a joint motion to reset the summary judgment hearing, and being of the opinion that it should be GRANTED, resets the hearing on summary judgment to April 20th, 1999, at 1:30 o'clock P. M., before Magistrate Judge John Wm. Black.

IT IS SO ORDERED.

SIGNED on 18 day of March, 1998, in Brownsville, Texas.

_____
Presiding Judge