188

United States District Court
Southern District of Texas
FILED

APR 20 1999

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

CIVIL ACTION NO. B-96-203    DATE & TIME: 04-20-99 AT 1:00 P.M.

EDWARD ALCALA, ET AL.    PLAINTIFF(S) JAMES HERRMANN
                         COUNSEL

VS.

CAMERON COUNTY, ET AL.   DEFENDANT(S) RICHARD BURST
                         COUNSEL

---

Parties agreed that the hearing was not necessary.