189

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 2 0 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| EDWARD ALCALA, et al., § | |
| § | CIVIL ACTION NO. **B-96-203** |
| Plaintiffs, § | |
| § | |
| vs. § | |
| § | |
| ALEX PEREZ, in his official capacity as § | |
| Sheriff of Cameron County, Texas and § | |
| Cameron County, Texas, § | |
| § | |
| Defendants. § | |

## ORDER

Plaintiffs having filed an unopposed motion seeking the reinstatement of several plaintiffs which were excluded by order of this Court on February 3, 1999, namely plaintiffs Juan Jose Canul, Nora Esparza, Alex Garcia, Santos Gomez, Jaime Munivez, and Raul E. Rodriguez, and it appears to the Court that the parties have agreed that these plaintiffs would be allowed to file their interrogatories late, it is hereby

**ORDERED** that plaintiffs Juan Jose Canul, Nora Esparza, Alex Garcia, Santos Gomez, Jaime Munivez, and Raul E. Rodriguez are reinstated as plailtiffs in this civil action.

**SIGNED** in Brownsville, Texas on the 20 day of ~~January~~ APRIL, 1999.

_____
UNITED STATES MAGISTRATE