# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

EDWARD ALCALA, ET AL. §
§
VS. § CIVIL ACTION NO. B-96-203
§
ALEX PEREZ, ET AL. §

TYPE OF CASE:        __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE that the proceeding in this case has been continued as indicated below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

| PLACE: | ROOM NO.: |
|---|---|
| **UNITED STATES FEDERAL COURTHOUSE 600 E. HARRISON STREET BROWNSVILLE, TEXAS** | **SECOND FLOOR COURTROOM, #2** |
| DATE AND TIME PREVIOUSLY SCHEDULED: | CONTINUED TO DATE AND TIME: |
| **JANUARY 28, 2000 AT 1:30 P.M.** | **FEBRUARY 10, 2000 AT 2:30 P.M.** |

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JANUARY 13, 2000

TO:     MR. JAMES HERRMANN
        MR. GEORGE POWELL
        MR. JOE VALLE
        MR. RICHARD BURST