193

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JAN 1 4 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EDWARD ALCALA, et. al., | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. B-96-203 |
| ALEX PEREZ, in his official capacity Sheriff of Cameron County, Texas and Cameron County, Texas, | § § § § | |
| Defendants. | § | |

## MAGISTRATE JUDGE'S SUPPLEMENTAL REPORT AND RECOMMENDATION

Pending before the Court are the Plaintiffs' Objections to the Magistrate Judge's Report and Recommendation. The Plaintiffs object to the dismissal of the entire case based on the Court's finding that the law enforcement officers were not entitled to any extra compensation for the eleven hour period in question. The Plaintiffs have requested that this Court confine its recommendations to dismissal of this one legal issue and not of the entire case, as the Plaintiffs and the Defendants are in negotiations for payment of overtime for hours worked in excess of 171 in a pay period.

After reviewing the objections and prior pleadings, the Court is in agreement with the Plaintiff and recommends that only the issue of eleven hour gap pay be dismissed, but that the other issues in the case remain open.

IT IS THEREFORE **RECOMMENDED** that Defendant's Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56(c) BE **GRANTED** only on the issue of the eleven hour period in question.

A party's failure to file written objections to the proposed findings, conclusions, and

recommendation in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. *Douglass v. United Services Automobile Association*, 79 F.3d 1415 (5th Cir. 1996).

DONE at Brownsville, Texas, this 13th day of January, 2000.

John Wm. Black
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDWARD ALCALA, et. al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-96-203 |
| | § | |
| ALEX PEREZ, in his official capacity | § | |
| Sheriff of Cameron County, Texas and | § | |
| Cameron County, Texas, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation of January 10, 2000 and Magistrate Judge's Supplemental Report and Recommendation of January 13, 2000 on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that both the Magistrate Judge's Report and Recommendation and the Magistrate Judge's Supplemental Report and Recommendation should be **ADOPTED.**

IT IS ORDERED that the Defendant's Motion for Summary Judgment be **GRANTED**. The Court finds that the law enforcement officers are not entitled to be paid for the time they worked between 160 hours (their regular work schedule) and 171 hours (the point at which they are entitled to overtime under 29 U.S.C. § 207(k)).

DONE at Brownsville, Texas this _____ day of _____, 2000.

_____
Filemon B. Vela
United States District Court Judge

ClibPDF - www.fastio.com