United States District Court
Southern District of Texas
FILED

JAN 1 3 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDWARD ALCALA, et al., | § | |
| | § | CIVIL ACTION NO. B-96-203 |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| ALEX PEREZ, in his official capacity as | § | PLAINTIFFS' FURTHER |
| Sheriff of Cameron County, Texas and | § | OBJECTIONS TO THE |
| Cameron County, Texas, | § | MAGISTRATE'S REPORT |
| | § | |
| Defendants. | § | |

1. The Magistrate's report correctly accepts that those in law enforcement (the Plaintiffs) must work 171 hours in a 28 day work period before they accrue overtime or comp time. Some of the Plaintiffs claim that they have worked as much as 280 to 300 hours in the 28 work period. For purpose of argument, assume these claims to be correct. By dismissing all claims, the Magistrate's recommendation denies these Plaintiffs any relief although it is clear that if these claims are correct, they are entitled to damages.

2. Many of the Plaintiffs claim to have worked more than 200 hours in numerous 28 day pay periods. Their claims are being dismissed although everyone agrees that if their allegations are correct, they are entitled to relief.

3. All Plaintiffs claim to have worked more than 171 hours in at least some 28 pay periods. Under the recommendation, their claims are also being dismissed.

4.  The ruling should be limited to the issues raised in the opposing motions for summary judgment.

                                  Respectfully submitted,

BY: _____
GEORGE P. POWELL
State Bar No. 16196000
Fed. I.D. No. 3849
"Attorney In Charge"
**HINOJOSA & POWELL, P.C.**
612 Nolana, Ste. 410
McAllen, TX 78504
(956) 686-2413
Fax No. (956) 686-8462

JAMES A. HERRMANN
State Bar No. 09541500
Fed. I.D. No. 3824
1205 E. Tyler Avenue
P O Box 2541
Harlingen, TX 78551-2541
(956) 421-5776
Fax No. (956) 421-5779

JOE VALLE
State Bar No. 20435450
Fed. I.D. No. 11422
1120 E. 10th Street
Brownsville, Texas 78520
(956) 546-2829
Fax No. (956) 542-4084

PATRICIA A. HERNANDEZ
State Bar No. 00790874
Fed. I.D. No. 18085
VALDEZ & HERNANDEZ
3302 Boca Chica Blvd., Ste. 104
Brownsville, TX 78521
(956) 541-9001
Fax No. (956) 550-9553

## CERTIFICATE OF SERVICE

I, GEORGE P. POWELL, do hereby certify that on this the /3½ day of January, 2000, I caused to be mailed a true and correct copy of Plaintiffs' Further Objections to the Magistrate's Report to defendants' attorney of record:

Mr. Richard O. Burst
**Legal Division Commissioners' Court**
964 E. Harrison St.
Brownsville, TX  78520

_____
GEORGE P. POWELL