196

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDWARD ALCALA, et al., | § | |
| | § | CIVIL ACTION NO. |
| Plaintiffs, | § | |
| | § | B-96-203 |
| vs. | § | |
| | § | |
| ALEX PEREZ, in his official capacity as | § | |
| Sheriff of Cameron County, Texas and | § | |
| Cameron County, Texas, | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFFS' UNOPPOSED MOTION TO REINSTATE

Plaintiffs hereby move to reinstate Raul Perez, Social Security No. 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, and in support of said motion, plaintiffs would respectfully show the following:

1. Plaintiff Raul Perez was originally a plaintiff in the above numbered cause. He has been a recent resident of the State of Minnesota.

2. Plaintiff Perez was in contact with plaintiff's co-counsel and eventually received defendant's first set of interrogatories which Plaintiff Perez and turned in January of 1999 prior to the time that the Court dismissed Mr. Perez from the lawsuit for failing to answer these interrogatories. Through no fault of his own, Mr. Perez appeared to be late in answering his interrogatories.

**WHEREFORE,** plaintiff prays and defendant does not oppose the reinstatement of Mr. Raul Perez to this lawsuit.

Respectfully submitted,

BY: _____
GEORGE P. POWELL
State Bar No. 16196000
Fed. I.D. No. 3849
"Attorney In Charge"
**HINOJOSA & POWELL, P.C.**
612 Nolana, Ste. 410
McAllen, TX 78504
(956) 686-2413
Fax No. (956) 686-8462

JAMES A. HERRMANN
State Bar No. 09541500
Fed. I.D. No. 3824
1205 E. Tyler Avenue
P O Box 2541
Harlingen, TX 78551-2541
(956) 421-5776
Fax No. (956) 421-5779

JOE VALLE
State Bar No. 20435450
Fed. I.D. No. 11422
1120 E. 10th Street
Brownsville, Texas 78520
(956) 546-2829
Fax No. (956) 542-4084

PATRICIA A. HERNANDEZ
State Bar No. 00790874
Fed. I.D. No. 18085
117 E. Price Rd.
Brownsville, TX 78521
(956) 541-9001
Fax No. (956) 550-9553

## Certificate Under Rule 6(b)

On January 11, 2000, George P. Powell spoke to Richard Burst, counsel for the defendant, and asked if he opposed this motion and Mr. Burst said he did not oppose the motion.

## CERTIFICATE OF SERVICE

I, GEORGE P. POWELL, do hereby certify that on this the __21__ day of January, 2000, I caused to be mailed a true and correct copy of Plaintiffs' Unopposed Motion to Reinstate Plaintiff Raul Perez and proposed Order to defendants' attorney of record:

Mr. Richard O. Burst
**Legal Division Commissioners' Court**
964 E. Harrison St.
Brownsville, TX 78520

_____
GEORGE P. POWELL

3