197

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 2 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| EDWARD ALCALA, et al., § | CIVIL ACTION NO. |
| Plaintiffs, § § | B-96-203 |
| vs. § § | |
| ALEX PEREZ, in his official capacity as Sheriff of Cameron County, Texas and Cameron County, Texas, § § § § | |
| Defendants. § | |

## ORDER

Plaintiffs having filed a motion to reinstate Mr. Raul Perez as a claimant in the above entitled cause and it appearing that said motion is unopposed and that there are adequate grounds for granting said motion, it is hereby

**ORDERED** that Raul Perez, Social Security No. 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, is hereby reinstated to this cause of action.

**SIGNED** in Brownsville, Texas on this the 2nd day of February, 2000.

_____
United States District Judge