*198*

THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE



United States District Court
Southern District of Texas
FILED

FEB 16 2000

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. <u>B-96-203</u>           DATE & TIME: <u>02-16-00 AT 9:30 A.M.</u>

<u>EDWARD ALCALA, ET AL.</u>           PLAINTIFF(S)  <u>JAMES HERRMANN</u>
                                  COUNSEL       <u>GEORGE POWELL</u>
                                                <u>JOE VALLE</u>

VS.

<u>CAMERON COUNTY, ET AL.</u>          DEFENDANT(S) <u>RICHARD BURST</u>
                                  COUNSEL

---

Attorneys George Powell and Richard Burst appeared in chambers.

The following rulings were made:

1. Many of the claims in this case will be settled.
2. The County will file a motion addressing the limitations issue with respect to the claims presented by reserve deputies.
3. The County will file a motion addressing "supervisor exemption" issues.
4. Both sides will file a written status report by March 28, 2000.