200

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

MAR 2 9 2000

| | | |
|---|---|---|
| **EDWARD ALCALA, et al.,** | § § | **CIVIL ACTION NO. B-96-203** |
| **Plaintiffs,** | § § | |
| vs. | § § | |
| **ALEX PEREZ, in his official capacity as Sheriff of Cameron County, Texas and Cameron County, Texas,** | § § § § | **STATUS REPORT** |
| **Defendants.** | § § | |

The parties are still negotiating and the plaintiffs' attorneys have made demands on all but a hand full of the plaintiffs. As of yet, no offers have been made.

The defendant will be filing a motion for summary judgment shortly.

Respectfully submitted,

HINOJOSA & POWELL, P.C.
612 Nolana, Suite 410
McAllen, Texas 78504
Telephone: 956/686-2413
Facsimile: 956/686-8462

By: _____
GEORGE P. POWELL
State Bar No. 16196000
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I, GEORGE P. POWELL, do hereby certify that on this the <u>28th</u> day of March, 2000, I caused to be mailed a true and correct copy of Plaintiffs' Status Report to defendants' attorney of record:

Mr. Richard O. Burst
**Legal Division Commissioners' Court**
964 E. Harrison St.
Brownsville, TX  78520

_____
GEORGE P. POWELL

ClibPDF - www.fastio.com