

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 05 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| EDWARD ALCALA, et.al., Plaintiffs, | ) | |
| v. | ) | CIVIL ACTION NUMBER B-96-203 |
| ALEX PEREZ, in his official capacity as Sheriff of Cameron County, Texas, and CAMERON COUNTY, TEXAS, Defendant. | ) | JURY DEMAND |

CAMERON COUNTY'S STATUS REPORT

The following status report by request of the Court, to wit:

On April 3, 2000, County filed its Motion For Partial Summary Judgment on application of statute of limitations to reserve deputy time and administrative/supervisory exemption from FLSA for jail sergeants and lieutenants.

County has received on three sets of demands from Plaintiffs. That is a list of the Plaintiffs with a demand in hours and an explanation of the calculated hours for each Plaintiff. These were submitted to the auditor's office to compare and annotate with the County's calculations. The last set of demands is dated March 30, 2000. The last two sets are in the hands of the county auditor's office.

At this time it is necessary for a staff attorney to review each demand. We will compare the hours demanded to the hours calculated by County, add the hours for specific functions we have tentatively agreed to, and eliminate hours we believe are beyond the statute of limitations. We will than have the auditors office calculate the dollar amount based on current pay scales, present those figures to the commissioners court for approval, and make an offer to each plaintiff.

ClibPDF - www.fastio.com

The offer could be zero dollars for some Plaintiffs that a review of the file indicates they have been paid or give all compensable hours due, either because of calculation or exemption.)

Respectfully,

For Cameron County
Cameron County Civil Legal Department
964 East Harrison Street
Brownsville, Texas 78578
(956) 550 1345
(956) 550 1348 (Facsimile)

BY: ______________________
Richard O. Burst
Attorney In Charge
Texas State Bar #00785586
S.D. No. 15515

Dylbia L. Jefferies
Of Counsel
Texas State Bar #00786516
S.D. No. 17065

CERTIFICATE OF SERVICE

I, Richard O. Burst do hereby certify that on this 5th day of April, 2000, a true and correct copy of the foregoing Status Report has been mailed, certified, return receipt requested to:

George P. Powell
HINOJOSA & POWELL, P.C.
612 Nolana, Suite 410
McAllen, Texas 78504

Regular mail to James Herrmann

______________________
Richard O. Burst

ClibPDF - www.fastio.com