203

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

APR 2 0 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EDWARD ALCALA, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-96-203 |
| | § | |
| ALEX PEREZ, ET AL. | § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL


**TAKE NOTICE THAT PLAINTIFFS' RESPONSE TO DEFENDANT CAMERON COUNTY'S MOTION FOR PARTIAL SUMMARY JUDGMENT SHALL BE FILED ON OR BEFORE JUNE 16, 2000.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   APRIL 20, 2000

TO:   MR. JAMES HERRMANN
      MR. GEORGE POWELL
      MR. JOE VALLE
      MR. RICHARD BURST