nt By: ;    956 421 5779;    Apr-20-00 

204

Law Office Of
# JAMES A. HERRMANN
Attorney At Law
1205 E. Tyler Avenue
Harlingen, Texas 78550

(956) 421-5776
Fax No. (956) 421-5779

April 20, 2000

United States District Court
Southern District of Texas
FILED

APR 20 2000

Michael N. Milby
Clerk of Court

Mr. Richard O. Burst
**Legal Division Commissioners' Court**
964 E. Harrison St.
Brownsville, TX 78520

    Re:    C.A. No. B-96-203; *Alcala, et al. vs. Sheriff Alex Perez*

            Rule 11 Letter

Dear Mr. Burst:

    In reference to our telephone conversation of April 19, 2000, you have informed me that my copy of your motion for partial summary judgment was returned to your office on this day. However, since you informed me on the 7th of April, 2000, that you had filed and mailed a copy of the motion for partial summary judgment to me and I requested that you fax me a copy of the motion on April 11th, 2000, you now agree that I can have until May 1, 2000 to file my opposition to your motion for summary judgment. Please sign below and file with the Court.

                                      Sincerely yours,

                                      JAMES A. HERRMANN

JAH/rm

_____
RICHARD O. BURST