205

United States District Court
Southern District of Texas
FILED

MAY 1 7 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDWARD ALCALA, et al., | § § | CIVIL ACTION NUMBER |
| Plaintiffs, | § § | B-96-203 |
| vs. | § § | |
| ALEX PEREZ, in his official capacity as Sheriff of Cameron County, Texas and Cameron County, Texas, | § § § § | |
| Defendants. | § § | |

**PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION FOR PARTIAL SUMMARY JUDGMENT AND
PLAINTFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**