210

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# -BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

NOV 0 2 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| EDWARD ALCALA, et. al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. B-96-203 |
| ALEX PEREZ, in his official capacity § | |
| Sheriff of Cameron County, Texas and § | |
| Cameron County, Texas, § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of October 13, 2000 should be **ADOPTED**.

IT IS ORDERED that Cameron County's Motion for Partial Summary Judgment (Docket No. 201) be **GRANTED** as to the statute of limitations claims and be **DENIED** as to the executive exemption claims.

DONE in Brownsville, Texas, on this 1st day of November, 2000.

Filemon B. Vela
United States District Court Judge