215

United States District Court
Southern District of Texas
FILED

NOV 3 0 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDWARD ALCALA, et al., | § § | CIVIL ACTION NUMBER |
| Plaintiffs, | § § | B-96-203 |
| vs. | § § | |
| ALEX PEREZ, in his official capacity as Sheriff of Cameron County, Texas and Cameron County, Texas, | § § § § | |
| Defendants. | § § | |

## PLAINTIFFS' RESPONSE TO DEFENDANT CAMERON COUNTY'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS

Plaintiffs hereby respond to defendant Cameron County's motion for partial summary judgment on statute of limitations and in support thereof would respectfully show the following:

1. Defendant Cameron County has filed a motion for summary judgment as to seventeen of the consent plaintiffs in the above entitled cause claiming that they were all terminated prior to November 7th, 1993 which would be the beginning of the three year statute of limitations based upon the plaintiffs' filing date of November 8th, 1996.

2. As to these plaintiffs who terminated their employment with the County prior to November 8th, 1993, plaintiffs know of no genuine issue of material fact to dispute the defendant's allegations.

Respectfully submitted,

BY: *James A. Herrmann*
JAMES A. HERRMANN
State Bar No. 09541500
Fed. I.D. No. 3824
1205 E. Tyler Avenue
P O Box 2541
Harlingen, TX 78551-2541
(956) 421-5776
Fax No. (956) 421-5779

GEORGE P. POWELL
State Bar No. 16196000
Fed. I.D. No. 3849
"Attorney In Charge"
**HINOJOSA & POWELL, P.C.**
612 Nolana, Ste. 410
McAllen, TX 78504
(956) 686-2413
Fax No. (956) 686-8462

JOE VALLE
State Bar No. 20435450
Fed. I.D. No. 11422
1120 E. 10th Street
Brownsville, Texas 78520
(956) 546-2829
Fax No. (956) 542-4084

PATRICIA A. HERNANDEZ
State Bar No. 00790874
Fed. I.D. No. 18085
117 E. Price Rd.
Brownsville, TX 78521
(956) 541-9001
Fax No. (956) 550-9553

# CERTIFICATE OF SERVICE

I, JAMES A. HERRMANN, do hereby certify that on this the <u>28th</u> day of November, 2000, I caused to be mailed a true and correct copy of Plaintiffs' Response to the Defendant Cameron County's Motion for Partial Summary Judgment on Statute of Limitations to defendants' attorney of record:

Mr. Richard O. Burst
**Legal Division Commissioners' Court**
964 E. Harrison St.
Brownsville, TX  78520

*/s/ James A. Herrmann*
JAMES A. HERRMANN