216

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



RECEIVED
NOV 21 2000
CAMERON COUNTY TEXAS

| | | |
|---|---|---|
| EDWARD ALCALA, ET AL. | § § | |
| VS. | § | CIVIL ACTION NO. B-96-203 |
| CAMERON COUNTY, TEXAS, ET AL. | § § | |

United States District Court
Southern District of Texas
ENTERED
DEC 26 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

**CONSENT TO EXERCISE OF JURISDICTION BY A
UNITED STATES MAGISTRATE JUDGE**

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| Richard O. Burst | DEFENDANTS | 11/27/00 |
| George P. Powell | Plaintiffs | 11/29/00 |

**ORDER OF TRANSFER**

This case is transferred to United States Magistrate Judge

John Wm. Black

to conduct all further proceedings, including final judgment.

12/19/00
Date

Filemon B. Vela
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY** IF ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.