IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 26 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| EDWARD ALCALA, et.al., ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NUMBER B-96-203 |
| ) | |
| ALEX PEREZ, in his official capacity ) | |
| as Sheriff of Cameron County, Texas, ) | |
| and CAMERON COUNTY, TEXAS, ) | JURY DEMAND |
| Defendant. ) | |

## ORDER GRANTING
## CAMERON COUNTY'S MOTION
## FOR PARTIAL SUMMARY JUDGMENT

On the 19TH day of DECEMBER, 2000, came to be heard Defendant's (County and Perez in his official capacity) Motion for Partial Summary Judgment under Rule 56 of the Federal Rules of Civil Procedure. (DOCKET NO. 213) After considering Plaintiffs' Motion for Partial Summary Judgment, the Court is of the opinion that it should be GRANTED.

Accordingly, Defendant's Motion For Partial Summary Judgment is GRANTED. The following Plaintiffs are dismissed with prejudice:

459 35 0793 Anzaldua, Joe I.
453 47 7089 Armendariz, Roy R.
464 49 7320 De Los Santos, Alfred III
453 37 1542 Garcia, Gregorio
460 21 4915 Garcia, Jose Alberto
460 47 2643 Garcia, Omar
449 06 6024 Garcia Patricio M.
465 70 8198 Garza, Rogelio
463 26 2629 Gomez, E. C.
463 39 4101 Johnson, Robert D.
466 31 8974 Rivas, Rolando
467 46 3619 Rocha, Jose A.
462 35 7571 Rodriguez, Amadeo

460 35 5482 Rodriguez, Ricardo
458 67 0956 Sanchez, Eduardo M.
466 21 1716 Vallejo, Martin A.
459 21 0805 Velasco, Enedina

IT IS SO ORDERED!

SIGNED, this 19TH day of DECEMBER, 2000, at Brownsville, Texas.

_____
Presiding Judge