*218*

United States District Court
Southern District of Texas
FILED Entered

DEC 1 6 2000

Michael N. Milby
Clerk of Court

By: [signature]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDWARD ALCALA, et al., | § | CIVIL ACTION NO. |
| | § | |
| Plaintiffs, | § | **B-96-203** |
| | § | |
| vs. | § | |
| | § | |
| ALEX PEREZ, in his official capacity as | § | |
| Sheriff of Cameron County, Texas and | § | |
| Cameron County, Texas, | § | |
| | § | |
| Defendants. | § | |

## ORDER

(DOCKET No 214)

Plaintiffs having filed a motion to reinstate Mr. Jose Garcia Longoria, Jr. as a claimant

in the above entitled cause and it appearing that said motion is unopposed and that there are

adequate grounds for granting said motion, it is hereby

**ORDERED** that Jose Garcia Longoria, Jr., Social Security No. 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, is

hereby reinstated to this cause of action.

**SIGNED** in Brownsville, Texas on this the _19TH_ day of _DECEMBER_, 2000.

_____
United States ~~District~~ Judge
MAGISTRATE