219

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

**FEB 1 5 2001**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| EDWARD ALCALA, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-96-203 |
| § | |
| ALEX PEREZ, ET AL. § | |

TYPE OF CASE:    __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:                                         ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**          **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                         DATE AND TIME:

**MARCH 14, 2001 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    FEBRUARY 13, 2001

TO:      MR. JAMES HERRMANN
         MR. GEORGE POWELL
         MR. JOE VALLE
         MR. RICHARD BURST