# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

*United States District Court*
*Southern District of Texas*
**FILED**

**MAR 1 2 2001**

**Michael N. Milby**
**Clerk of Court**

| | |
|---|---|
| EDWARD ALCALA, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-96-203 |
| § | |
| ALEX PEREZ, ET AL. § | |

TYPE OF CASE:  __X__ CIVIL  ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been continued as indicated below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME PREVIOUSLY SCHEDULED:

**MARCH 14, 2001 AT 1:30 P.M.**

CONTINUED TO DATE AND TIME:

**MARCH 29, 2001 AT 2:00 P.M.**

_____Paula Tamayo_____
PAULA TAMAYO, U.S. DEPUTY CLERK FOR
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:  MARCH 12, 2001

TO:  MR. GEORGE POWELL
     MR. JOE VALLE
     MR. RICHARD BURST

220