221

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED

MAR 28 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| EDWARD ALCALA, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-96-203 |
| § | |
| ALEX PEREZ, ET AL. § | |

TYPE OF CASE:    __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been continued as indicated below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME PREVIOUSLY SCHEDULED:

**MARCH 29, 2001 AT 2:00 P.M.**

CONTINUED TO DATE AND TIME:

**APRIL 12, 2001 AT 2:00 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   MARCH 28, 2001

TO:   MR. GEORGE POWELL
      MR. JOE VALLE
      MR. RICHARD BURST