222

United States District Court
Southern District of Texas
FILED

APR 1 2 2001

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

CIVIL ACTION NO. B-96-203          DATE & TIME:   04-12-00 AT 2:00 P.M.

EDWARD ALCALA, ET AL.              PLAINTIFF(S)   GEORGE POWELL
                                   COUNSEL        JOE VALLE

VS.

CAMERON COUNTY, ET AL.             DEFENDANT(S)   RICHARD BURST
                                   COUNSEL

---

Attorneys George Powell and Richard Burst appeared.

Five plaintiffs remaining. Four lieutenants.

Non-jury trial is set for August, 2001. Notice will be sent to counsel for all parties.