223

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED
APR 17 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EDWARD ALCALA, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-96-203 |
| | § | |
| ALEX PEREZ, ET AL. | § | |

TYPE OF CASE:        __X__ CIVIL                                  ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**NON-JURY TRIAL SET FOR AUGUST 15, 2001 AT 9:00 A.M. BEFORE MAGISTRATE JUDGE JOHN WM. BLACK**

PLACE:                                                              ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE                SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   APRIL 16, 2001

TO:     MR. GEORGE POWELL
        MR. JOE VALLE
        MR. RICHARD BURST