225

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EDWARD ALCALA, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-96-203 |
| | § | |
| ALEX PEREZ, ET AL. | § | |

## ORDER

Plaintiffs are Ordered to Respond to Defendants' Motion for Summary Judgment Against Lieutenants' Claims and Brief in Support (Docket No. 224) on or before August 6, 2001.

DONE at Brownsville, Texas, this 12th day of June, 2001.

John Wm. Black
United States Magistrate Judge