227

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

AUG 1 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| EDWARD ALCALA, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-96-203 |
| § | |
| ALEX PEREZ, ET AL. § | |

TYPE OF CASE:    __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**TELEPHONIC STATUS CONFERENCE**

PLACE:                                          ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**            **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                          DATE AND TIME:

                                                AUGUST 10, 2001 AT 2:00 P.M.

                                                _____
                                                JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   AUGUST 9, 2001

TO:     MR. GEORGE POWELL
        MR. JOE VALLE
        MR. RICHARD BURST