229

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## UNITED STATES COURTHOUSE
## 600 E. HARRISON STREET, #204
## BROWNSVILLE, TEXAS 78520

AUG 1 3 2001

Michael N. Milby
Clerk of Court

CHAMBERS OF
JOHN WM. BLACK
MAGISTRATE JUDGE

PHONE (956) 548-2570

August 13, 2001

Mr. George Powell
612 Nolana, Suite 410
McAllen, TX  78504

Mr. Richard Burst
Cameron County Commissioners Court
Civil Legal Department
964 E. Harrison Street
Brownsville, TX  78520

      Re: C.A. B-96-203
         Edward Alcala, et al.
         vs. Alex Perez, et al.

Gentlemen:

    I have a schedule problem which I need your help in resolving. Your case is set for August 15, 2001. I have a jury case which is to start on August 16, 2001. The problem arises if your case takes more than a day.

    I have the following suggestions:

a. Start your case on August 14, 2001.
b. Reset your case to the week of August 20, 2001.
c. Reset your case to a date of your choosing so long as it is before late September.

    I apologize to you for the inconvenience this has caused you.

                                Very truly yours,

                                John Wm. Black
                                United States Magistrate Judge

JWB:pt