

233

United States District Court
Southern District of Texas
FILED

OCT 0 1 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDWARD ALCALA, et al., | § § | CIVIL ACTION NO. **B-96-203** |
| Plaintiffs, | § § | |
| vs. | § § | |
| | § | **MOTION TO DISMISS WITH** |
| ALEX PEREZ, in his official capacity as Sheriff of Cameron County, Texas and Cameron County, Texas, | § § § § | **ORDER** |
| Defendants. | § § § | |

With the exception of Francisco Gonzalez, SSN 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 and Abel G. Garcia SSN 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 all claims have been settled or previously dismissed by this Court.

Plaintiffs move to dismiss all claims with the exception of Francisco Gonzalez and Abel G. Garcia for the aforementioned reasons.

WHEREFORE PREMISES CONSIDERED Plaintiffs pray that the Court dismiss all causes of action in the above entitled and numbered cause with the exception of Francisco Gonzalez and Abel G. Garcia.

Respectfully submitted,

BY: _____
GEORGE P. POWELL
State Bar No. 16196000
Fed. I.D. No. 3849
"Attorney In Charge"
**HINOJOSA & POWELL, P.C.**
612 Nolana, Ste. 410
McAllen, TX 78504
(956) 686-2413
Fax No. (956) 686-8462

## CERTIFICATE OF CONFERENCE

On the 12th day of September, 2001 I conferred with Richard O. Burst and he does not oppose the filing of this Motion.

_____
GEORGE P. POWELL

## CERTIFICATE OF SERVICE

I, GEORGE P. POWELL, do hereby certify that on this the 27th day of September, 2001, I caused to be mailed a true and correct copy of Plaintiffs' Motion to Dismiss to defendants' attorney of record:

Mr. Richard O. Burst
**Legal Division Commissioners' Court**
964 E. Harrison St.
Brownsville, TX 78520

_____
GEORGE P. POWELL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDWARD ALCALA, et al., | § § | CIVIL ACTION NO. **B-96-203** |
| Plaintiffs, | § § | |
| vs. | § § | |
| ALEX PEREZ, in his official capacity as Sheriff of Cameron County, Texas and Cameron County, Texas, | § § § § | **ORDER** |
| Defendants. | § § | |

    Plaintiffs' Motion to Dismiss is GRANTED. All claims and causes of action in the above styled and numbered cause with the exception of Francisco Gonzalez, SSN 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 and Abel G. Garcia SSN 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, are hereby dismissed with prejudice to re-file.

    Signed this _____ day of _____, 2001.

_____
JUDGE PRESIDING



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDWARD ALCALA, et al., | § | |
| | § | CIVIL ACTION NO. **B-96-203** |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| ALEX PEREZ, in his official capacity as | § | |
| Sheriff of Cameron County, Texas and | § | |
| Cameron County, Texas, | § | |
| | § | |
| Defendants. | § | |

## AFFIDAVIT OF GEORGE P. POWELL

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF CAMERON | § |

George P. Powell, being first duly sworn upon oath hereby deposes and states the following:

My name is George P. Powell. I am the attorney of record for Plaintiffs in the *Alcala, et al. vs. Alex Perez in his official capacity.* In reference to the following people, Hugo Cervantes, Fernando Lucio, Maria de Jesus Garcia, I have expended the following hours which were reasonable and necessary:

1. Five hours reviewing the cases, preparing clients for trial and negotiating settlements in their cases;

2. Four hours traveling to Court, in Court and returning to McAllen;

3. Preparation of settlement documents.

All hours were expended on September 13th, September 25th and September 26th.

I have been a licensed attorney since 1970. I am a board certified attorney in the area of personal injury trial law. I have been practicing in the area of employment law for thirty years. I know my stuff. A reasonable and customary fee is $200.00 to $250.00 per hour for someone such as myself. I am requesting $175.00 an hour which is very reasonable. The amount of time that I have spent on these cases was reasonable and necessary. I am not requesting any time which I spent on the cases prior to September 13, 2001 which would have at least doubled the amount which I am requesting.

SIGNED on the 27th day of September, 2001.

_____
GEORGE P. POWELL

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned authority, on this the 27th day of September, 2001, to certify which witness my hand and official seal.

_____
NOTARY PUBLIC, STATE OF TEXAS

M LOURDES CANO
Notary Public, State of Texas
My Commission Expires 10-19-04

2