IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

OCT 0 3 2001

| | | |
|---|---|---|
| EDWARD ALCALA, et.al., | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NUMBER B-96-203 |
| | ) | |
| ALEX PEREZ, in his official capacity | ) | |
| as Sheriff of Cameron County, Texas, | ) | |
| and CAMERON COUNTY, TEXAS, | ) | |
| Defendant. | ) | |

## STIPULATIONS OF FACT

Plaintiffs, Francisco Gonzalez and Abel G. Garcia, and Cameron County Texas stipulate to the following facts:

1. That during the period relevant to this suit, Plaintiff Francisco Gonzalez, a jail lieutenant, actually worked four hundred hours in excess of his normal work periods as defined in the Fair Labor Standards Act. If he is a non exempt employee he would be entitled to six hundred hours overtime at $11.57 per hour.

2. That during the period relevant to this suit, Plaintiff Abel G. Garcia, a jail lieutenant, actually worked four hundred hours in excess of his normal work periods as defined in the Fair Labor Standards Act. If he is a non exempt employee he would be entitled to six hundred hours overtime at $11.57 per hour.

For Plaintiffs Gonzalez and Garcia

_____
George P. Powell
Attorney of Record
State Bar No. 16196000
S.D. No. 3849

For Defendant

_____
Richard O. Burst
Attorney of Record
State Bar No. 00785586
S.D. No. 15515