2.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 0 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EDWARD ALCALA, et al., | § | |
| | § | CIVIL ACTION NO. **B-96-203** |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| ALEX PEREZ, in his official capacity as | § | **ORDER** |
| Sheriff of Cameron County, Texas and | § | |
| Cameron County, Texas, | § | |
| | § | |
| Defendants. | § | |

(DOCKET NO 233)

Plaintiffs' Motion to Dismiss is GRANTED. All claims and causes of action in the above styled and numbered cause with the exception of Francisco Gonzalez, SSN 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 and Abel G. Garcia SSN 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, are hereby dismissed with prejudice to re-file.

Signed this 4TH day of OCTOBER, 2001.

_____
JUDGE PRESIDING