

237

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 0 1 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| EDWARD ALCALA, et.al., Plaintiffs, | ) | |
| v. | ) | CIVIL ACTION NUMBER B-96-203 |
| ALEX PEREZ, in his official capacity as Sheriff of Cameron County, Texas, and CAMERON COUNTY, TEXAS, Defendant. | ) | JURY DEMAND |

**NOTICE OF APPEAL**

Notice is hereby given that Defendant Cameron County (including Alex Perez in his official capacity) hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgement entered in this action on October 4th, 2001.

Respectfully,

For Cameron County
Cameron County Civil Legal Department
964 East Harrison Street
Brownsville, Texas 78578
(956) 550 1345
(956) 550 1348 (Facsimile)

BY. ______________________
Richard O. Burst
Attorney In Charge
Texas State Bar #00785586
S.D. No 15515

Dylbia L Jefferies
Of Counsel
Texas State Bar #00786516
S.D No. 17065

ClibPDF - www.fastio.com

# CERTIFICATE OF SERVICE

I, Richard O. Burst do hereby certify that on this 1st day of November, 2001, a true and correct copy of the foregoing Notice of Appeal has been mailed, certified, return receipt requested to:

George P. Powell
HINOJOSA & POWELL, P.C.
612 Nolana, Suite 410
McAllen, Texas 78504

Richard O. Burst

ClibPDF - www.fastio.com