239

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| EDWARD ALCALA, et.al., ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NUMBER B-96-203 |
| ) | |
| ALEX PEREZ, in his official capacity ) | |
| as Sheriff of Cameron County, Texas, ) | |
| and CAMERON COUNTY, TEXAS, ) | |
| Defendant. ) | |

## ORDER STAYING EXECUTION

The Court has before it the Unopposed Motion to Stay filed by Defendant Cameron County (including Alex Perez, in his official capacity), and is finds that it should be GRANTED.

It is therefore ORDERED that execution of the Final Judgment in this case shall be stayed without supersedeas bond during the pendency of this appeal or until further order of this Court.

SIGNED on the 2nd day of November, 2001, in Brownsville, Texas.

_____
Judge Presiding