No. 01-41325

EDWARD ALCALA; ET AL

    Plaintiffs

ABEL G GARCIA; FRANK GONZALEZ

    Plaintiffs - Appellees

v.

CAMERON COUNTY; ALEX PEREZ, Sheriff

    Defendants - Appellants

United States District Court
Southern District of Texas
FILED

APR 15 2002

Michael N. Milby
Clerk of Court

CAB-96-203

ENTRY OF DISMISSAL

Pursuant to appellants' motion this appeal is dismissed this 9th day of April, 2002, see FED. R. APP. P. 42(b).

    CHARLES R. FULBRUGE III
    Clerk of the United States Court
    of Appeals for the Fifth Circuit

By: _____
    Peter Conners, Deputy Clerk

    FOR THE COURT - BY DIRECTION

DIS-4

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
    Deputy   APR 9 2002
New Orleans, Louisiana

Case No. 01-41325

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
**FILED**
APR 8 2002
CHARLES R. FULBRUGE III
CLERK

EDWARD ALCALA; ET AL,
Plaintiffs

ABEL G. GARCIA; FRANK GONZALEZ
Plaintiff - Appellees

v.

CAMERON COUNTY; ALEX PEREZ, Sheriff
Defendants - Appellants.

## MOTION TO DISMISS APPEAL

Defendants - Appellants move the Court to dismiss the appeal for the reason that settlement has been entered, Appellees Garcia and Gonzalez have been paid under the settlement, and have given releases to Appellants.

WHEREFORE, Appellants County and Perez pray the Court dismiss this appeal.

Respectfully,

For Cameron County
Cameron County Civil Legal Department
964 East Harrison Street
Brownsville, Texas 78578
(956) 550 1345
(956) 550 1348 (Facsimile)

BY: _____
Richard O. Burst
Attorney In Charge
Texas State Bar #00785586
S.D. No. 15515

Dylbia L. Jefferies
Of Counsel

Texas State Bar #00786516
S.D. No. 17065

## CERTIFICATE OF SERVICE

I, Richard O. Burst do hereby certify that on this 5th day of April, 2002, a true and correct copy of the foregoing Motion has been mailed, certified, return receipt requested to:

George P. Powell
HINOJOSA & POWELL, P.C.
612 Nolana, Suite 410
McAllen, Texas 78504

/s/ Richard O. Burst

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

United States District Court
Southern District of Texas
RECEIVED

APR 1 5 2002
12:25 pm

Michael N. Milby, Clerk

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

April 9, 2002

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

    No. 01-41325 Alcala v. Cameron County
    USDC No. B-96-CV-203

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits to be returned.

    Sincerely,

    CHARLES R. FULBRUGE III, Clerk

    By
    Peter Conners, Deputy Clerk
    504-310-7685

/pac
cc: w/encl:
    Mr George P Powell
    Mr Richard O Burst

P.S. to Mr Burst: Please return the 4 volume record to this office as soon as possible.

MDT-1